United States Bankruptcy Court

Middle District of Pennsylvania

In re:  Case No. 21-00790-HWV
Salahudin Shahriar  Chapter 13
Shagorika Shahriar
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0314-1  User: AutoDocke  Page 1 of 4
Date Rcvd: May 27, 2021  Form ID: ntcnfhrg  Total Noticed: 86

The following symbols are used throughout this certificate:
**Symbol**    **Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 29, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Salahudin Shahriar, Shagorika Shahriar, 1123 Duesenberg Drive, Hummelstown, PA 17036-6820 |
| cr | + | Oracle America, Inc., Buchalter, a Professional Corporation, c/o Shawn M. Christianson, 55 2nd St. 17th Fl., San Francisco, CA 94105-3493 |
| 5402397 | + | ADP, LLC, P.O. Box 12513, 1851 N. Resler Drive, El Paso, TX 79912-8023 |
| 5402396 | + | Addis Law, Attn: Phillip J. Addis, Esq., 504 Main St., Suite 200, La Crosse, WI 54601-4033 |
| 5402398 | + | Ale Solutions, One W. Illinois Street, Ste. 300, Saint Charles, IL 60174-2851 |
| 5402401 | + | American Quick Foods, PO Box 7188, Overland Park, KS 66207-0188 |
| 5402405 | | BB&T, Credit Disputes, Wilson, NC 27894 |
| 5402403 | + | Bagby Elevators, PO Box 320919, Birmingham, AL 35232-0919 |
| 5402404 | + | BankUnited, c/o Colven, Tran & Meredith, 1401 Burnham Drive, Plano, TX 75093-5229 |
| 5402406 | + | Borough of Carlisle, 53 West South Street, Carlisle, PA 17013-3447 |
| 5402407 | + | Bowery Member LLC, 100 Ring Road, Garden City, NY 11530-3219 |
| 5402408 | + | Brilliant Energy, 800 Wilcrest Drive, Suite 109, Houston, TX 77042-1369 |
| 5402409 | + | Bureau of Account Managment, 3607 Rosemont Ave Ste 502, Po Box 8875, Camp Hill, PA 17001-8875 |
| 5402420 | | CST Co., PO Box 33127, Louisville, KY 40232-3127 |
| 5402412 | | CenterPoint Energy, PO Box 4981, Houston, TX 77210-4981 |
| 5404779 | | CenterPoint Energy, PO Box 1700, Houston, TX 77251-1700 |
| 5402413 | + | Century Property Consultants, 9800 Centre Pky, Suite 640, Houston, TX 77036-8477 |
| 5402416 | + | City of Tyler, Tyler Water Utilities, PO Box 336, Tyler, TX 75710-0336 |
| 5402421 | + | Cumberland County Tax Bureau, 21 Waterford Dr, Suite 201, Mechanicsburg, PA 17050-8268 |
| 5402423 | + | DLL Financial Services, Inc., PO Box 41602, Philadelphia, PA 19101-1602 |
| 5402424 | + | Doctors Associates LLC/Franchise, 325 Sub Way, Milford, CT 06461-3081 |
| 5402428 | + | ETVSoftware, 1331 S. Beckham Ave., Tyler, TX 75701-3323 |
| 5402427 | + | Edward Don & Company, 2562 Paysphere Circle, Chicago, IL 60674-0001 |
| 5402431 | | Groople Texas LLC, 990 State Hwy 287 N STE106 214, Mansfield, TX 76063 |
| 5402432 | + | Guest & Associates, PC, PO Box 696, De Kalb, TX 75559-0696 |
| 5402433 | + | HD Supply, PO Box 509058, San Diego, CA 92150-9058 |
| 5402435 | + | HP Financial Services Co., 200 Connell Drive, Suite 5000, Berkeley Heights, NJ 07922-2816 |
| 5402436 | | HP Inc., 13207 Collection Cetner Drive, Chicago, IL 60693-3207 |
| 5402434 | | Hewlitt-Packard Financial Services, PO Box 402582, Atlanta, GA 30384-2582 |
| 5402437 | + | Huling Enterprises, LLC, 313 Copper Mountain, New Braunfels, TX 78130-7021 |
| 5402438 | + | Indeed Inc., 6433 Champion Grandview Way, Austin, TX 78750-8589 |
| 5402439 | + | InterContinental Hotels Group, 3 Ravinia Drive, Suite 100, Atlanta, GA 30346-2121 |
| 5402441 | + | Law Offices of Michael E. Gazette, 100 East Ferguson, Suite 1000, Tyler, TX 75702-5706 |
| 5409083 | | Legacy Mortgage Asset Trust 2020-GS4, c/o Select Portfolio Servicing, Inc., P.O. Box 65250, Salt Lake City UT 84165-0250 |
| 5402442 | | Leslie's Pool Supplies, PO Box 501162, Saint Louis, MO 63150-1162 |
| 5402443 | + | Leviton Law Firm, Attn: Michael Ashley, 3 Golf Center, Suite 361, Hoffman Estates, IL 60169-4910 |
| 5402444 | | Liberty Mutual, PO Box 188025, Fairfield, OH 45018-8025 |
| 5402446 | + | Mario Industries, 2490 Patterson Ave., Roanoke, VA 24016-2528 |
| 5402447 | | Master's Maintenance, 33 Sandalwood Drive, Palmyra, PA 17078 |
| 5402450 | + | NUCO2, PO Box 9011, Stuart, FL 34995-9011 |
| 5402451 | | Onity, Inc., Lockbox 223067, Pittsburgh, PA 15251-2067 |
| 5402452 | + | Oracle America, Inc., 500 Oracle Parkway, Redwood City, CA 94065-1677 |
| 5407873 | + | Oracle America, Inc., c/o Shawn M. Christianson, Esq., Buchalter PC, 55 2nd St., 17th Fl., San Francisco, CA 94105-3493 |
| 5402453 | + | Owen Meals/Richard Baish, 32 Burnthouse Road, Carlisle, PA 17015-7646 |
| 5402455 | | PP&L, 2 North Second St, CPC-Genn1, Allentown, PA 18101-1175 |
| 5407816 | + | PPL Electric Utilities, 2 N 9th ST, Allentown, PA 18101-1179 |

| | | |
|---|---|---|
| 5402456 | + | Quickcakes, American Quick Foods, Incs, PO Box 7188, Overland Park, KS 66207-0188 |
| 5402457 | + | Ratchford Law Group, PC, 54 Gelnmaura National Boulevard, Moosic, PA 18507-2161 |
| 5402458 | + | Reinhart Food Service, 100 Industrial Park Road, Coal Township, PA 17866-4136 |
| 5402459 | | Suddenlink, PO Box 742698, Cincinnati, OH 45274-2698 |
| 5402460 | | Sysco Business Services, 24500 Highway 290, Cypress, TX 77429 |
| 5402461 | | Terminix, Processing Center, PO Box 742592, Cincinnati, OH 45274-2592 |
| 5402462 | | Thyssenkrupp Elevator Corp., Attn: Accounts Receivable, 2801 Network Blvd., Ste 700, Tyler, TX 75702-1312 |
| 5402463 | | Toyota Financial Services, Commercial Finance, P.O. Box 660926, Dallas, TX 75266-0926 |
| 5406223 | + | Tri State Adjustments Inc, PO Box 3219, La Crosse, WI 54602-3219 |
| 5412352 | + | Truist Bank, P.O. Box 27767, 306-40-04-95, Richmond, VA 23261-7767 |
| 5402464 | + | US Small Business Administration, 2601 N 3rd St #503, Harrisburg, PA 17110-2060 |
| 5402465 | + | USA Today, P.O. Box 677446, Dallas, TX 75267-7446 |
| 5402467 | + | Washco Commercial Service, PO Box 5092, Longview, TX 75608-5092 |

TOTAL: 59

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | | Email/Text: RVSVCBICNOTICE1@state.pa.us | May 27 2021 19:09:00 | Commonwealth of Pennsylvania Department of Revenue, Bureau of Compliance, Dept. 280946, Harrisburg, PA 17128-0946 |
| 5402402 | + | Email/Text: g17768@att.com | May 27 2021 19:09:00 | AT&T, P.O. Box 5091, Carol Stream, IL 60197-5091 |
| 5402399 | + | Email/Text: amsbankruptcy@amscollections.com | May 27 2021 19:09:00 | Allen Maxwell & Silver, PO Box 540, Fair Lawn, NJ 07410-0540 |
| 5402400 | + | Email/Text: bankruptcy@americanhotel.com | May 27 2021 19:09:00 | American Hotel Registry, 100 S. Milwaukee Ave., Vernon Hills, IL 60061-4321 |
| 5402410 | | Email/Text: rwild@c2cresources.com | May 27 2021 19:09:00 | C2C Resources, LLC, 56 Perimeter East Suite 100, Atlanta, GA 30346 |
| 5402411 | + | Email/PDF: AIS.cocard.ebn@americaninfosource.com | May 27 2021 19:46:00 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 5404592 | | Email/PDF: AIS.cocard.ebn@americaninfosource.com | May 27 2021 19:45:34 | Capital One Bank (USA), N.A., by American InfoSource as agent, PO Box 71083, Charlotte, NC 28272-1083 |
| 5402415 | + | Email/Text: litigation.recoverybkmailbox@dllgroup.com | May 27 2021 19:09:00 | Cisco Systems Capital, PO Box 41602, Philadelphia, PA 19101-1602 |
| 5402417 | | Email/Text: documentfiling@lciinc.com | May 27 2021 19:09:00 | Comcast, 676 Island Pond Road, Manchester, NH 03109-4840 |
| 5402418 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | May 27 2021 19:09:00 | Comenitybank/New York, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 5402419 | + | Email/PDF: creditonebknotifications@resurgent.com | May 27 2021 19:45:35 | Credit One Bank, Attn: Bankruptcy Department, Po Box 98873, Las Vegas, NV 89193-8873 |
| 5402425 | | Email/PDF: Citi.BNC.Correspondence@citi.com | May 27 2021 19:45:43 | DSNB/Macy's, Attn: Bankruptcy, 9111 Duke Boulevard, Mason, OH 45040 |
| 5408086 | | Email/Text: bnc-quantum@quantum3group.com | May 27 2021 19:09:00 | Department Stores National Bank, c/o Quantum3 Group LLC, PO Box 657, Kirkland, WA 98083-0657 |
| 5402422 | | Email/Text: G06041@att.com | May 27 2021 19:10:00 | DirecTV, PO Box 5093, Carol Stream, IL 60197-5093 |
| 5402426 | + | Email/Text: bankruptcynotices@ecolab.com | May 27 2021 19:09:00 | Ecolab, PO Box 70343, Chicago, IL 60673-0343 |
| 5402429 | + | Email/Text: tdavidson@firetrol.net | May 27 2021 19:10:00 | Firetrol Protection Systems, Inc., 2134-C Anthony Drive, Tyler, TX 75701-8492 |
| 5402430 | | Email/Text: ecfbankruptcygme@nrgenergy.com | May 27 2021 19:10:00 | Green Mountain Energy, Dept 1233, PO Box 121233, Dallas, TX 75312-1233 |

| Recipient | Notice Method | Date/Time | Address |
| --- | --- | --- | --- |
| 5402440 | Email/Text: sbse.cio.bnc.mail@irs.gov | May 27 2021 19:09:00 | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 5402414 | Email/PDF: ais.chase.ebn@americaninfosource.com | May 27 2021 19:45:34 | Chase Mortgage, Records Cntr Attn: Correspondence, Mail Code LA4 5555 700 Kansas Ln, Monroe, LA 71203 |
| 5402445 | + Email/Text: support@ljross.com | May 27 2021 19:09:00 | LJ Ross Associates, 4 Universal Way, Po Box 6099, Jackson, MI 49204-6099 |
| 5402448 | + Email/Text: Bankruptcies@nragroup.com | May 27 2021 19:10:00 | National Recovery Agency, 2491 Paxton Street, Harrisburg, PA 17111-1036 |
| 5402449 | + Email/Text: Bankruptcies@nragroup.com | May 27 2021 19:10:00 | National Recovery Agency, Attn: Bankruptcy, Po Box 67015, Harrisburg, PA 17106-7015 |
| 5402454 | Email/Text: RVSVCBICNOTICE1@state.pa.us | May 27 2021 19:09:00 | PA Department of Revenue, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| 5408231 | Email/Text: bnc-quantum@quantum3group.com | May 27 2021 19:09:00 | Quantum3 Group LLC as agent for, Crown Asset Management LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 5410871 | Email/PDF: resurgentbknotifications@resurgent.com | May 27 2021 19:45:38 | Resurgent Receivables, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 5402466 | + Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | May 27 2021 19:09:00 | Verizon Wireless, Attn: Verizon Bankruptcy, 500 Technology Dr, Ste 500, Weldon Springs, MO 63304-2225 |
| 5402468 | + Email/Text: bankruptcynotice@westlakefinancial.com | May 27 2021 19:09:00 | Westlake Financial Services, Attn: Bankruptcy, Po Box 76809, Los Angeles, CA 90076-0809 |

TOTAL: 27

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: May 29, 2021      Signature:      /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 27, 2021 at the address(es) listed below:

| Name | Email Address |
| --- | --- |
| Jack N Zaharopoulos (Trustee) | TWecf@pamd13trustee.com |
| Jenna Anne Ratica | on behalf of Creditor Commonwealth of Pennsylvania Department of Revenue jratica@attorneygeneral.gov ARC-Court-MiddleDistrict@attorneygeneral.gov |

| | |
|---|---|
| Rebecca Ann Solarz | on behalf of Creditor Legacy Mortgage Asset Trust 2020-GS4 bkgroup@kmllawgroup.com |
| Robert E Chernicoff | on behalf of Debtor 2 Shagorika Shahriar rec@cclawpc.com jbartley@cclawpc.com;jlaughman@cclawpc.com;jhr@cclawpc.com |
| Robert E Chernicoff | on behalf of Debtor 1 Salahudin Shahriar rec@cclawpc.com jbartley@cclawpc.com;jlaughman@cclawpc.com;jhr@cclawpc.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 6

# UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

In re:

Salahudin Shahriar,
  **Debtor 1**

Shagorika Shahriar,
  **Debtor 2**

Chapter 13

Case No. 1:21−bk−00790−HWV

## Notice

The hearing on confirmation of the Plan of reorganization of both Debtors is scheduled for the date indicated below.

**July 7, 2021** is the deadline for filing objections to confirmation of the Plan. Please note that evidentiary hearings will not be conducted at the time of the confirmation hearing. If it is determined during the confirmation hearing that an evidentiary hearing is required, the evidentiary hearing will be scheduled for a future date. The confirmation hearing scheduled below will be called even if an amended plan is filed before the hearing or a notice with a different hearing date is filed by counsel.

| United States Bankruptcy Court Ronald Reagan Federal Building, Bankruptcy Courtroom (3rd Floor), Third & Walnut Streets, Harrisburg, PA 17101 | Date: July 14, 2021 <br> Time: 09:30 AM |
|---|---|

A copy of the Plan can be obtained by accessing the case docket through PACER, or from the Bankruptcy Clerk's Office at the address listed below during normal business hours.

**FACE MASKS AND APPROPRIATE SOCIAL DISTANCING WILL BE REQUIRED IN THE COURTROOM.**

Initial requests for a continuance of hearing ( *L.B.F. 9013−3, Request to Continue Hearing/Trial with Concurrence*) shall be filed with the Court. Requests received by the Court within twenty−four (24) hours of the hearing will not be considered except in emergency situations. Additional requests for continuance must be filed as a Motion.

Requests to participate in a hearing remotely shall be made in accordance with L.B.R. 9074−1.

Electronic equipment, including cell phones, pagers, laptops, etc., will be inspected upon entering the Courthouse. These devices may be used in common areas and should be turned to silent operation upon entering the Courtroom and Chambers.

Photo identification is required upon entering the Courthouse.

| **Address of the Bankruptcy Clerk's Office:** <br> Ronald Reagan Federal Building <br> 228 Walnut St, Rm 320 <br> Harrisburg, PA 17101−1737 <br> (717) 901−2800 | **For the Court:** <br> Terrence S. Miller <br> Clerk of the Bankruptcy Court: <br> By: ChristopherGambini, Deputy Clerk |
|---|---|
| Hours Open: Monday − Friday 9:00 AM − 4:00 PM | Date: May 27, 2021 |

ntcnfhrg (05/21)