United States Bankruptcy Court

Middle District of Pennsylvania

In re:  Case No. 21-00790-HWV
Salahudin Shahriar  Chapter 13
Shagorika Shahriar
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0314-1     User: AutoDocke     Page 1 of 4
Date Rcvd: May 27, 2021     Form ID: pdf002     Total Noticed: 86

The following symbols are used throughout this certificate:
**Symbol**    **Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 29, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Salahudin Shahriar, Shagorika Shahriar, 1123 Duesenberg Drive, Hummelstown, PA 17036-6820 |
| cr | + | Oracle America, Inc., Buchalter, a Professional Corporation, c/o Shawn M. Christianson, 55 2nd St. 17th Fl., San Francisco, CA 94105-3493 |
| 5402397 | + | ADP, LLC, P.O. Box 12513, 1851 N. Resler Drive, El Paso, TX 79912-8023 |
| 5402396 | + | Addis Law, Attn: Phillip J. Addis, Esq., 504 Main St., Suite 200, La Crosse, WI 54601-4033 |
| 5402398 | + | Ale Solutions, One W. Illinois Street, Ste. 300, Saint Charles, IL 60174-2851 |
| 5402401 | + | American Quick Foods, PO Box 7188, Overland Park, KS 66207-0188 |
| 5402405 | | BB&T, Credit Disputes, Wilson, NC 27894 |
| 5402403 | + | Bagby Elevators, PO Box 320919, Birmingham, AL 35232-0919 |
| 5402404 | + | BankUnited, c/o Colven, Tran & Meredith, 1401 Burnham Drive, Plano, TX 75093-5229 |
| 5402406 | + | Borough of Carlisle, 53 West South Street, Carlisle, PA 17013-3447 |
| 5402407 | + | Bowery Member LLC, 100 Ring Road, Garden City, NY 11530-3219 |
| 5402408 | + | Brilliant Energy, 800 Wilcrest Drive, Suite 109, Houston, TX 77042-1369 |
| 5402409 | + | Bureau of Account Managment, 3607 Rosemont Ave Ste 502, Po Box 8875, Camp Hill, PA 17001-8875 |
| 5402420 | | CST Co., PO Box 33127, Louisville, KY 40232-3127 |
| 5402412 | | CenterPoint Energy, PO Box 4981, Houston, TX 77210-4981 |
| 5404779 | | CenterPoint Energy, PO Box 1700, Houston, TX 77251-1700 |
| 5402413 | + | Century Property Consultants, 9800 Centre Pky, Suite 640, Houston, TX 77036-8477 |
| 5402416 | + | City of Tyler, Tyler Water Utilities, PO Box 336, Tyler, TX 75710-0336 |
| 5402421 | + | Cumberland County Tax Bureau, 21 Waterford Dr, Suite 201, Mechanicsburg, PA 17050-8268 |
| 5402423 | + | DLL Financial Services, Inc., PO Box 41602, Philadelphia, PA 19101-1602 |
| 5402424 | + | Doctors Associates LLC/Franchise, 325 Sub Way, Milford, CT 06461-3081 |
| 5402428 | + | ETVSoftware, 1331 S. Beckham Ave., Tyler, TX 75701-3323 |
| 5402427 | + | Edward Don & Company, 2562 Paysphere Circle, Chicago, IL 60674-0001 |
| 5402431 | | Groople Texas LLC, 990 State Hwy 287 N STE106 214, Mansfield, TX 76063 |
| 5402432 | + | Guest & Associates, PC, PO Box 696, De Kalb, TX 75559-0696 |
| 5402433 | + | HD Supply, PO Box 509058, San Diego, CA 92150-9058 |
| 5402435 | + | HP Financial Services Co., 200 Connell Drive, Suite 5000, Berkeley Heights, NJ 07922-2816 |
| 5402436 | | HP Inc., 13207 Collection Cetner Drive, Chicago, IL 60693-3207 |
| 5402434 | | Hewlitt-Packard Financial Services, PO Box 402582, Atlanta, GA 30384-2582 |
| 5402437 | + | Huling Enterprises, LLC, 313 Copper Mountain, New Braunfels, TX 78130-7021 |
| 5402438 | + | Indeed Inc., 6433 Champion Grandview Way, Austin, TX 78750-8589 |
| 5402439 | + | InterContinental Hotels Group, 3 Ravinia Drive, Suite 100, Atlanta, GA 30346-2121 |
| 5402441 | + | Law Offices of Michael E. Gazette, 100 East Ferguson, Suite 1000, Tyler, TX 75702-5706 |
| 5409083 | | Legacy Mortgage Asset Trust 2020-GS4, c/o Select Portfolio Servicing, Inc., P.O. Box 65250, Salt Lake City UT 84165-0250 |
| 5402442 | | Leslie's Pool Supplies, PO Box 501162, Saint Louis, MO 63150-1162 |
| 5402443 | + | Leviton Law Firm, Attn: Michael Ashley, 3 Golf Center, Suite 361, Hoffman Estates, IL 60169-4910 |
| 5402444 | | Liberty Mutual, PO Box 188025, Fairfield, OH 45018-8025 |
| 5402446 | + | Mario Industries, 2490 Patterson Ave., Roanoke, VA 24016-2528 |
| 5402447 | | Master's Maintenance, 33 Sandalwood Drive, Palmyra, PA 17078 |
| 5402450 | + | NUCO2, PO Box 9011, Stuart, FL 34995-9011 |
| 5402451 | | Onity, Inc., Lockbox 223067, Pittsburgh, PA 15251-2067 |
| 5402452 | + | Oracle America, Inc., 500 Oracle Parkway, Redwood City, CA 94065-1677 |
| 5407873 | + | Oracle America, Inc., c/o Shawn M. Christianson, Esq., Buchalter PC, 55 2nd St., 17th Fl., San Francisco, CA 94105-3493 |
| 5402453 | + | Owen Meals/Richard Baish, 32 Burnthouse Road, Carlisle, PA 17015-7646 |
| 5402455 | | PP&L, 2 North Second St, CPC-Genn1, Allentown, PA 18101-1175 |
| 5407816 | + | PPL Electric Utilities, 2 N 9th ST, Allentown, PA 18101-1179 |

| | | |
|---|---|---|
| 5402456 | + | Quickcakes, American Quick Foods, Incs, PO Box 7188, Overland Park, KS 66207-0188 |
| 5402457 | + | Ratchford Law Group, PC, 54 Gelnmaura National Boulevard, Moosic, PA 18507-2161 |
| 5402458 | + | Reinhart Food Service, 100 Industrial Park Road, Coal Township, PA 17866-4136 |
| 5402459 | | Suddenlink, PO Box 742698, Cincinnati, OH 45274-2698 |
| 5402460 | | Sysco Business Services, 24500 Highway 290, Cypress, TX 77429 |
| 5402461 | | Terminix, Processing Center, PO Box 742592, Cincinnati, OH 45274-2592 |
| 5402462 | | Thyssenkrupp Elevator Corp., Attn: Accounts Receivable, 2801 Network Blvd., Ste 700, Tyler, TX 75702-1312 |
| 5402463 | | Toyota Financial Services, Commercial Finance, P.O. Box 660926, Dallas, TX 75266-0926 |
| 5406223 | + | Tri State Adjustments Inc, PO Box 3219, La Crosse, WI 54602-3219 |
| 5412352 | + | Truist Bank, P.O. Box 27767, 306-40-04-95, Richmond, VA 23261-7767 |
| 5402464 | + | US Small Business Administration, 2601 N 3rd St #503, Harrisburg, PA 17110-2060 |
| 5402465 | + | USA Today, P.O. Box 677446, Dallas, TX 75267-7446 |
| 5402467 | + | Washco Commercial Service, PO Box 5092, Longview, TX 75608-5092 |

TOTAL: 59

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | | Email/Text: RVSVCBICNOTICE1@state.pa.us | May 27 2021 19:09:00 | Commonwealth of Pennsylvania Department of Revenue, Bureau of Compliance, Dept. 280946, Harrisburg, PA 17128-0946 |
| 5402402 | + | Email/Text: g17768@att.com | May 27 2021 19:09:00 | AT&T, P.O. Box 5091, Carol Stream, IL 60197-5091 |
| 5402399 | + | Email/Text: amsbankruptcy@amscollections.com | May 27 2021 19:09:00 | Allen Maxwell & Silver, PO Box 540, Fair Lawn, NJ 07410-0540 |
| 5402400 | + | Email/Text: bankruptcy@americanhotel.com | May 27 2021 19:09:00 | American Hotel Registry, 100 S. Milwaukee Ave., Vernon Hills, IL 60061-4321 |
| 5402410 | | Email/Text: rwild@c2cresources.com | May 27 2021 19:09:00 | C2C Resources, LLC, 56 Perimeter East Suite 100, Atlanta, GA 30346 |
| 5402411 | + | Email/PDF: AIS.cocard.ebn@americaninfosource.com | May 27 2021 19:46:00 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 5404592 | | Email/PDF: AIS.cocard.ebn@americaninfosource.com | May 27 2021 19:46:00 | Capital One Bank (USA), N.A., by American InfoSource as agent, PO Box 71083, Charlotte, NC 28272-1083 |
| 5402415 | + | Email/Text: litigation.recoverybkmailbox@dllgroup.com | May 27 2021 19:09:00 | Cisco Systems Capital, PO Box 41602, Philadelphia, PA 19101-1602 |
| 5402417 | | Email/Text: documentfiling@lciinc.com | May 27 2021 19:09:00 | Comcast, 676 Island Pond Road, Manchester, NH 03109-4840 |
| 5402418 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | May 27 2021 19:09:00 | Comenitybank/New York, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 5402419 | + | Email/PDF: creditonebknotifications@resurgent.com | May 27 2021 19:46:01 | Credit One Bank, Attn: Bankruptcy Department, Po Box 98873, Las Vegas, NV 89193-8873 |
| 5402425 | | Email/PDF: Citi.BNC.Correspondence@citi.com | May 27 2021 19:46:05 | DSNB/Macy's, Attn: Bankruptcy, 9111 Duke Boulevard, Mason, OH 45040 |
| 5408086 | | Email/Text: bnc-quantum@quantum3group.com | May 27 2021 19:09:00 | Department Stores National Bank, c/o Quantum3 Group LLC, PO Box 657, Kirkland, WA 98083-0657 |
| 5402422 | | Email/Text: G06041@att.com | May 27 2021 19:10:00 | DirecTV, PO Box 5093, Carol Stream, IL 60197-5093 |
| 5402426 | + | Email/Text: bankruptcynotices@ecolab.com | May 27 2021 19:09:00 | Ecolab, PO Box 70343, Chicago, IL 60673-0343 |
| 5402429 | + | Email/Text: tdavidson@firetrol.net | May 27 2021 19:10:00 | Firetrol Protection Systems, Inc., 2134-C Anthony Drive, Tyler, TX 75701-8492 |
| 5402430 | | Email/Text: ecfbankruptcygme@nrgenergy.com | May 27 2021 19:10:00 | Green Mountain Energy, Dept 1233, PO Box 121233, Dallas, TX 75312-1233 |

| | | | | |
|---|---|---|---|---|
| 5402440 | | Email/Text: sbse.cio.bnc.mail@irs.gov | May 27 2021 19:09:00 | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 5402414 | | Email/PDF: ais.chase.ebn@americaninfosource.com | May 27 2021 19:45:34 | Chase Mortgage, Records Cntr Attn: Correspondence, Mail Code LA4 5555 700 Kansas Ln, Monroe, LA 71203 |
| 5402445 | + | Email/Text: support@ljross.com | May 27 2021 19:09:00 | LJ Ross Associates, 4 Universal Way, Po Box 6099, Jackson, MI 49204-6099 |
| 5402448 | + | Email/Text: Bankruptcies@nragroup.com | May 27 2021 19:10:00 | National Recovery Agency, 2491 Paxton Street, Harrisburg, PA 17111-1036 |
| 5402449 | + | Email/Text: Bankruptcies@nragroup.com | May 27 2021 19:10:00 | National Recovery Agency, Attn: Bankruptcy, Po Box 67015, Harrisburg, PA 17106-7015 |
| 5402454 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | May 27 2021 19:09:00 | PA Department of Revenue, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| 5408231 | | Email/Text: bnc-quantum@quantum3group.com | May 27 2021 19:09:00 | Quantum3 Group LLC as agent for, Crown Asset Management LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 5410871 | | Email/PDF: resurgentbknotifications@resurgent.com | May 27 2021 19:46:27 | Resurgent Receivables, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 5402466 | + | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | May 27 2021 19:09:00 | Verizon Wireless, Attn: Verizon Bankruptcy, 500 Technology Dr, Ste 500, Weldon Springs, MO 63304-2225 |
| 5402468 | + | Email/Text: bankruptcynotice@westlakefinancial.com | May 27 2021 19:09:00 | Westlake Financial Services, Attn: Bankruptcy, Po Box 76809, Los Angeles, CA 90076-0809 |

TOTAL: 27

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: May 29, 2021          Signature:          /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 27, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Jack N Zaharopoulos (Trustee) | TWecf@pamd13trustee.com |
| Jenna Anne Ratica | on behalf of Creditor Commonwealth of Pennsylvania Department of Revenue jratica@attorneygeneral.gov ARC-Court-MiddleDistrict@attorneygeneral.gov |

Rebecca Ann Solarz
: on behalf of Creditor Legacy Mortgage Asset Trust 2020-GS4 bkgroup@kmllawgroup.com

Robert E Chernicoff
: on behalf of Debtor 2 Shagorika Shahriar rec@cclawpc.com jbartley@cclawpc.com;jlaughman@cclawpc.com;jhr@cclawpc.com

Robert E Chernicoff
: on behalf of Debtor 1 Salahudin Shahriar rec@cclawpc.com jbartley@cclawpc.com;jlaughman@cclawpc.com;jhr@cclawpc.com

United States Trustee
: ustpregion03.ha.ecf@usdoj.gov

TOTAL: 6

Rev. 12/01/19

**LOCAL BANKRUPTCY FORM 3015-1**

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| IN RE: | CHAPTER 13 |
|---|---|
| SALAHUDIN SHAHRIAR<br>SHAGORIKA SHAHRIAR | CASE NO. 1-bk-21-00790-HWV<br><br>✔ ORIGINAL PLAN<br>___ AMENDED PLAN (Indicate 1st, 2nd, 3rd, etc.)<br><br>_2_ Number of Motions to Avoid Liens<br>_1_ Number of Motions to Value Collateral |

**CHAPTER 13 PLAN**

**NOTICES**

Debtors must check one box on each line to state whether or not the plan includes each of the following items. If an item is checked as "Not Included" or if both boxes are checked or if neither box is checked, the provision will be ineffective if set out later in the plan.

| 1 | The plan contains nonstandard provisions, set out in § 9, which are not included in the standard plan as approved by the U.S. Bankruptcy Court for the Middle District of Pennsylvania. | ✔ Included | Not Included |
|---|---|---|---|
| 2 | The plan contains a limit on the amount of a secured claim, set out in § 2.E, which may result in a partial payment or no payment at all to the secured creditor. | ✔ Included | Not Included |
| 3 | The plan avoids a judicial lien or nonpossessory, nonpurchase-money security interest, set out in § 2.G. | ✔ Included | Not Included |

**YOUR RIGHTS WILL BE AFFECTED**

READ THIS PLAN CAREFULLY. If you oppose any provision of this plan, you must file a timely written objection. This plan may be confirmed and become binding on you without further notice or hearing unless a written objection is filed before the deadline stated on the Notice issued in connection with the filing of the plan.

1

1. **PLAN FUNDING AND LENGTH OF PLAN.**

   A. <u>**Plan Payments From Future Income**</u>

   1. To date, the Debtor paid $0.00_____ (enter $0 if no payments have been made to the Trustee to date). Debtor shall pay to the Trustee for the remaining term of the plan the following payments. If applicable, in addition to monthly plan payments, Debtor shall make conduit payments through the Trustee as set forth below. The total base plan is $136,260.00_____, plus other payments and property stated in § 1B below:

   | Start mm/yyyy | End mm/yyyy | Plan Payment | Estimated Conduit Payment | Total Monthly Payment | Total Payment Over Plan Tier |
   |---|---|---|---|---|---|
   | 4/2021 | 3/2026 | $2,271.00 | $0.00 | $2,271.00 | $136,260.00 |
   |  |  |  |  |  |  |
   |  |  |  |  |  |  |
   |  |  |  |  |  |  |
   |  |  |  |  | Total Payments: | $136,260.00 |

   2. If the plan provides for conduit mortgage payments, and the mortgagee notifies the Trustee that a different payment is due, the Trustee shall notify the Debtor and any attorney for the Debtor, in writing, to adjust the conduit payments and the plan funding. Debtor must pay all post-petition mortgage payments that come due before the initiation of conduit mortgage payments.

   3. Debtor shall ensure that any wage attachments are adjusted when necessary to conform to the terms of the plan.

   4. CHECK ONE: ( ) Debtor is at or under median income. *If this line is checked, the rest of § 1.A.4 need not be completed or reproduced.*

      (✔) Debtor is over median income. Debtor estimates that a minimum of $0.00_____ must be paid to allowed unsecured creditors in order to comply with the Means Test.

   2

B. **Additional Plan Funding From Liquidation of Assets/Other**

1. The Debtor estimates that the liquidation value of this estate is $0.00_____. (Liquidation value is calculated as the value of all non-exempt assets after the deduction of valid liens and encumbrances and before the deduction of Trustee fees and priority claims.)

*Check one of the following two lines.*

✔ No assets will be liquidated. *If this line is checked, skip § 1.B.2 and complete § 1.B.3 if applicable.*

___ Certain assets will be liquidated as follows:

2. In addition to the above specified plan payments, Debtor shall dedicate to the plan proceeds in the estimated amount of $_____ from the sale of property known and designated as _____. All sales shall be completed by _____, 20___. If the property does not sell by the date specified, then the disposition of the property shall be as follows: _____

3. Other payments from any source(s) (describe specifically) shall be paid to the Trustee as follows: _____

2. **SECURED CLAIMS.**

A. **Pre-Confirmation Distributions.** *Check one.*

✔ None. *If "None" is checked, the rest of § 2.A need not be completed or reproduced.*

___ Adequate protection and conduit payments in the following amounts will be paid by the Debtor to the Trustee. The Trustee will disburse these payments for which a proof of claim has been filed as soon as practicable after receipt of said payments from the Debtor.

3

| Name of Creditor | Last Four Digits of Account Number | Estimated Monthly Payment |
|---|---|---|
| | | |
| | | |
| | | |

1. The Trustee will not make a partial payment. If the Debtor makes a partial plan payment, or if it is not paid on time and the Trustee is unable to pay timely a payment due on a claim in this section, the Debtor's cure of this default must include any applicable late charges.

2. If a mortgagee files a notice pursuant to Fed. R. Bankr. P. 3002.1(b), the change in the conduit payment to the Trustee will not require modification of this plan.

B. **Mortgages (Including Claims Secured by Debtor's Principal Residence) and Other Direct Payments by Debtor.** *Check one.*

___ None. *If "None" is checked, the rest of § 2.B need not be completed or reproduced.*

 Payments will be made by the Debtor directly to the creditor according to the original contract terms, and without modification of those terms unless otherwise agreed to by the contracting parties. All liens survive the plan if not avoided or paid in full under the plan.

| Name of Creditor | Description of Collateral | Last Four Digits of Account Number |
|---|---|---|
| Chase Mortgage - 1st Mortgage | 1123 Duesenberg Drive, Hummelstown, PA 17036 | 7248 |
| Truist/BB&T Bank - 2nd Mortgage | 1123 Duesenberg Drive, Hummelstown, PA 17036 | |
| ***SEE RIDER FOR ADDITIONAL CREDITORS*** | | |

4

C. **Arrears (Including, but not limited to, claims secured by Debtor's principal residence).** *Check one.*

✔ None. *If "None" is checked, the rest of § 2.C need not be completed or reproduced.*

___ The Trustee shall distribute to each creditor set forth below the amount of arrearages in the allowed claim. If post-petition arrears are not itemized in an allowed claim, they shall be paid in the amount stated below. Unless otherwise ordered, if relief from the automatic stay is granted as to any collateral listed in this section, all payments to the creditor as to that collateral shall cease, and the claim will no longer be provided for under § 1322(b)(5) of the Bankruptcy Code:

| Name of Creditor | Description of Collateral | Estimated Pre-petition Arrears to be Cured | Estimated Postpetition Arrears to be Cured | Estimated Total to be paid in plan |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |

D. **Other secured claims (conduit payments and claims for which a § 506 valuation is not applicable, etc.)**

✔ None. *If "None" is checked, the rest of § 2.D need not be completed or reproduced.*

___ The claims below are secured claims for which a § 506 valuation is not applicable, and can include: (1) claims that were either (a) incurred within 910 days of the petition date and secured by a purchase money security interest in a motor vehicle acquired for the personal use of the Debtor, or (b) incurred within 1 year of the petition date and secured by a purchase money security interest in any other thing of value; (2) conduit payments; or (3) secured claims not provided for elsewhere.

1. The allowed secured claims listed below shall be paid in full and their liens retained until the earlier of the payment of the underlying debt determined under nonbankruptcy law or discharge under §1328 of the Code.

2. In addition to payment of the allowed secured claim, present value interest pursuant to 11 U.S.C. §1325(a)(5)(B)(ii) will be paid at the rate and in the amount listed below, unless an objection is raised. If an objection is raised, then the court will determine the present value interest rate and amount at the confirmation hearing.

3. Unless otherwise ordered, if the claimant notifies the Trustee that the claim was paid, payments on the claim shall cease.

| Name of Creditor | Description of Collateral | Principal Balance of Claim | Interest Rate | Total to be Paid in Plan |
|---|---|---|---|---|
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |

E. **Secured claims for which a § 506 valuation is applicable.** *Check one.*

___ None. *If "None" is checked, the rest of § 2.E need not be completed or reproduced.*
✔ Claims listed in the subsection are debts secured by property not described in § 2.D of this plan. These claims will be paid in the plan according to modified terms, and liens retained until the earlier of the payment of the underlying debt determined under nonbankruptcy law or discharge under §1328 of the Code. The excess of the creditor's claim will be treated as an unsecured claim. Any claim listed as "$0.00" or "NO VALUE" in the "Modified Principal Balance" column below will be treated as an unsecured claim. The liens will be avoided or limited through the plan or Debtor will file an adversary or other action (select method in last column). To the extent not already determined, the amount, extent or validity of the allowed secured claim for each claim listed below will be determined by the court at the confirmation hearing. Unless otherwise ordered, if the claimant notifies the Trustee that the claim was paid, payments on the claim shall cease.

| Name of Creditor | Description of Collateral | Value of Collateral (Modified Principal) | Interest Rate | Total Payment | Plan, Adversary or Other Action |
|---|---|---|---|---|---|
| Bowery Member LLC | 1123 Duesenberg Drive, Hummelstown, PA 17036 | $0.00 | 0.00% | $0.00 | Plan |
|  |  |  |  |  |  |
|  |  |  |  |  |  |

F. **Surrender of Collateral.** *Check one.*

✔ None. *If "None" is checked, the rest of § 2.F need not be completed or reproduced.*

___ The Debtor elects to surrender to each creditor listed below the collateral that secures the creditor's claim. The Debtor requests that upon confirmation of this plan or upon approval of any modified plan the stay under 11 U.S.C. §362(a) be terminated as to the collateral only and that the stay under §1301 be terminated in all respects. Any allowed unsecured claim resulting from the disposition of the collateral will be treated in Part 4 below.

| Name of Creditor | Description of Collateral to be Surrendered |
|---|---|
|  |  |
|  |  |
|  |  |

G. **Lien Avoidance.** *Do not use for mortgages or for statutory liens, such as tax liens. Check one.*

___ None. *If "None" is checked, the rest of § 2.G need not be completed or reproduced.*

7

✔ The Debtor moves to avoid the following judicial and/or nonpossessory, nonpurchase money liens of the following creditors pursuant to § 522(f) (this § should not be used for statutory or consensual liens such as mortgages).

| Name of Lien Holder | Truist Bank/BB&T | Truist Bank/BB&T | |
|---|---|---|---|
| Lien Description  For judicial lien, include court and docket number. | 2020-CV-5865-NT Dauphin Co. Common Pleas | 2020-CV-5047-NT Dauphin Co. Common Pleas | |
| Description of the liened property | 1123 Duesenberg Drive, Hummelstown, PA 17036 | 1123 Duesenberg Drive, Hummelstown, PA 17036 | |
| Liened Asset Value | $440,100.00 | $440,100.00 | |
| Sum of Senior Liens | $777,230.00 | $777,230.00 | |
| Exemption Claimed | $0.00 | $0.00 | |
| Amount of Lien | $71,393.16 | $68,906.63 | |
| Amount Avoided | $71,393.16 | $68,906.63 | |

3. **PRIORITY CLAIMS.**

   A. <u>Administrative Claims</u>

   1. <u>Trustee's Fees.</u> Percentage fees payable to the Trustee will be paid at the rate fixed by the United States Trustee.

   2. <u>Attorney's fees.</u> Complete only one of the following options:

      a. In addition to the retainer of $1,113.00 already paid by the Debtor, the amount of $3,887.00 in the plan. This represents the unpaid balance of the presumptively reasonable fee specified in L.B.R. 2016-2(c); or

      b. $_____ per hour, with the hourly rate to be adjusted in accordance with the terms of the written fee agreement between the Debtor and the attorney. Payment of such lodestar compensation shall require a separate fee application with the compensation approved by the Court pursuant to L.B.R. 2016-2(b).

   3. <u>Other.</u> Other administrative claims not included in §§ 3.A.1 or 3.A.2 above. *Check one of the following two lines.*

      ✔ None. *If "None" is checked, the rest of § 3.A.3 need not be completed or reproduced.*

      ___ The following administrative claims will be paid in full.

| Name of Creditor | Estimated Total Payment |
|---|---|
|  |  |
|  |  |

**B. Priority Claims (including, certain Domestic Support Obligations**

Allowed unsecured claims entitled to priority under § 1322(a) will be paid in full unless modified under §9.

| Name of Creditor | Estimated Total Payment |
|---|---|
| Internal Revenue Service | $7,181.11 |
| PA Department of Revenue | $80,000.00 |
|  |  |

**C. Domestic Support Obligations assigned to or owed to a governmental unit under 11 U.S.C. §507(a)(1)(B).** *Check one of the following two lines.*

✔    None. *If "None" is checked, the rest of § 3.C need not be completed or reproduced.*

___    The allowed priority claims listed below are based on a domestic support obligation that has been assigned to or is owed to a governmental unit and will be paid less than the full amount of the claim. *This plan provision requires that payments in § 1.A. be for a term of 60 months (see 11 U.S.C. §1322(a)(4)).*

| Name of Creditor | Estimated Total Payment |
|---|---|
|  |  |

4. **UNSECURED CLAIMS**

    A. <u>**Claims of Unsecured Nonpriority Creditors Specially Classified.**</u> *Check one of the following two lines.*

    ✔ None. *If "None" is checked, the rest of § 4.A need not be completed or reproduced.*

    ___ To the extent that funds are available, the allowed amount of the following unsecured claims, such as co-signed unsecured debts, will be paid before other, unclassified, unsecured claims. The claim shall be paid interest at the rate stated below. If no rate is stated, the interest rate set forth in the proof of claim shall apply.

| Name of Creditor | Reason for Special Classification | Estimated Amount of Claim | Interest Rate | Estimated Total Payment |
|---|---|---|---|---|
|  |  |  |  |  |

    B. **Remaining allowed unsecured claims will receive a pro-rata distribution of funds remaining after payment of other classes.**

5. **EXECUTORY CONTRACTS AND UNEXPIRED LEASES.** *Check one of the following two lines.*

    ✔ None. *If "None" is checked, the rest of § 5 need not be completed or reproduced.*

    ___ The following contracts and leases are assumed (and arrears in the allowed claim to be cured in the plan) or rejected:

| Name of Other Party | Description of Contract or Lease | Monthly Payment | Interest Rate | Estimated Arrears | Total Plan Payment | Assume or Reject |
|---|---|---|---|---|---|---|
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |

10

6. **VESTING OF PROPERTY OF THE ESTATE.**

   **Property of the estate will vest in the Debtor upon**

   *Check the applicable line:*

   ___ plan confirmation.
   _✔_ entry of discharge.
   ___ closing of case.

7. **DISCHARGE: (Check one)**

   (✔) The debtor will seek a discharge pursuant to § 1328(a).
   (  ) The debtor is not eligible for a discharge because the debtor has previously received a discharge described in § 1328(f).

8. **ORDER OF DISTRIBUTION:**

If a pre-petition creditor files a secured, priority or specially classified claim after the bar date, the Trustee will treat the claim as allowed, subject to objection by the Debtor.

Payments from the plan will be made by the Trustee in the following order:
Level 1: _____
Level 2: _____
Level 3: _____
Level 4: _____
Level 5: _____
Level 6: _____
Level 7: _____
Level 8: _____

11

Rev. 12/01/19

*If the above Levels are filled in, the rest of § 8 need not be completed or reproduced.* If the above Levels are not filled-in, then the order of distribution of plan payments will be determined by the Trustee using the following as a guide:

Level 1: Adequate protection payments.
Level 2: Debtor's attorney's fees.
Level 3: Domestic Support Obligations.
Level 4: Priority claims, pro rata.
Level 5: Secured claims, pro rata.
Level 6: Specially classified unsecured claims.
Level 7: Timely filed general unsecured claims.
Level 8: Untimely filed general unsecured claims to which the Debtor has not objected.

## 9. NONSTANDARD PLAN PROVISIONS

**Include the additional provisions below or on an attachment. Any nonstandard provision placed elsewhere in the plan is void. (NOTE: The plan and any attachment must be filed as one document, not as a plan and exhibit.)**

Dated: April 15, 2021

/s/ Robert E. Chernicoff, Esquire
Attorney for Debtor

/s/ Salahudin Shahriar
Debtor

/s/ Shagorika Shahriar
Joint Debtor

By filing this document, the debtor, if not represented by an attorney, or the Attorney for Debtor also certifies that this plan contains no nonstandard provisions other than those set out in § 9.

12

Rider to Special Provisions of Original Chapter 13 Plan
Salahudin and Shagorika Shahriar
1:21-bk-00790-HWV

The Debtors reserve the right to amend this Plan to reflect claims as filed and as allowed by the Court.

**Section 2.B Continued:**

| Name of Creditor | Description of Collateral | Last Four No. |
|---|---|---|
| Truist/BB&T Bank – 3rd Mortgage | 1123 Duesenberg Drive, Hummelstown, PA 17036 | |
| Toyota Financial Services | 2012 Lexus RX 450H | |
| Westlake Financial Services | 2008 Lexus GS350 | 4632 |

Debtors reserve the right to sell any real or personal property upon the filing of an appropriate Motion with the Court.

The automatic stay shall remain in effect until such time as the Plan is fully consummated by payments to the Trustee or otherwise modified or terminated by specific Order of the Court.

Debtors have agreed to pay $5,000.00 as the Presumed Reasonable Fee and has paid $1,113.00 towards that fee pre-petition to Cunningham, Chernicoff & Warshawsky, P.C. The balance of $3,887.00, is requested to be paid through the Plan. The Debtors have been informed that Cunningham, Chernicoff & Warshawsky, P.C. reserves the right to file a fee application if any extraordinary or extra fees are incurred, to be charged at Cunningham, Chernicoff & Warshawsky, P.C.'s regular hourly rates. Any such additional charges will be submitted to the Court as is necessary.