IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: ) | |
| ) | Chapter 13 |
| Salahudin Shahriar and ) | |
| Shagorika Shahriar, ) | Case No. 1:21-bk-00790-HWV |
| ) | |
| Debtors. ) | |
| _____ ) | |

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICE

PLEASE TAKE NOTICE that, pursuant to Rule 9010(b) of the Federal Rules of Bankruptcy Procedure, the undersigned counsel hereby enter their appearance as counsel for BankUnited, N.A. in the above-captioned cases.

FURTHER, PLEASE TAKE NOTICE that, pursuant to Rules 2002(i) and 9007 of the Federal Rules of Bankruptcy Procedure, the undersigned counsel requests that all notices and all other papers required to be served in this case be served upon the following persons and that the following persons be added to the mailing matrices in these cases:

| | |
|---|---|
| William C. Price, Esq. | Sandra Hamilton |
| Clark Hill PLC | Clark Hill PLC |
| 301 Grant Street, 14th Floor | 200 Ottawa NW, Suite 200 |
| Pittsburgh, Pennsylvania 15219 | Grand Rapids, MI 49503 |
| Telephone: (412) 394-7776 | Telephone: (616) 608-1141 |
| Facsimile: (412) 394-2555 | Facsimile: (616) 608-1194 |
| wprice@clarkhill.com | shamilton@clarkhill.com |

FURTHER, PLEASE TAKE NOTICE that, without limiting the foregoing request for service of all notices and other papers, the undersigned counsel specifically requests, pursuant to Rule 3017(a) of the Federal Rules of Bankruptcy Procedure, to be served with all proposed plans of reorganization and disclosure statements and objections relating thereto, as well as all other pleadings, memoranda, and briefs in support of any of the foregoing.

Neither this Notice of Appearance, nor any subsequent appearance, pleading, claim or suit, is intended to waive: (a) BankUnited, N.A. (i) final orders in non-core matters entered only after *de novo* review by a district court judge, and/or (ii) final orders in core matters where the bankruptcy court lacks constitutional authority to enter such orders entered only after *de novo* review by a federal district court judge; (b) BankUnited, N.A.'s right to have the reference

withdrawn by the federal district court in any matter subject to mandatory or discretional withdrawal; or (c) any other rights, claims, actions, or defenses to which BankUnited, N.A. is or may be entitled in law or in equity, all of which rights, claims, actions, and defenses are expressly reserved.

Dated: June 3, 2021    CLARK HILL PLC

*/s/ William C. Price*
William C. Price (Pa. I.D. No. 90871)
Clark Hill PLC
301 Grant Street, 14th Floor
Pittsburgh, PA 15219
Telephone: (412) 394-7776
Facsimile: (412) 394-2555
wprice@clarkhill.com

and

Sandra Hamilton
Clark Hill PLC
200 Ottawa NW, Suite 200
Grand Rapids, MI 49503
Telephone: (616) 608-1141
Facsimile: (616) 608-1194
shamilton@clarkhill.com

*Attorneys for BankUnited, N.A.*

-2-

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: ) | |
| ) | Chapter 13 |
| Salahudin Shahriar and ) | |
| Shagorika Shahriar, ) | Case No. 1:21-bk-00790-HWV |
| ) | |
| Debtors. ) | |
| _____ ) | |

## CERTIFICATE OF SERVICE

    I, William C. Price, hereby certify that on June 3, 2021, I caused a true and correct copy of the foregoing Entry of Appearance and Request for Notice to be served upon all interested parties via ECF notification.

Dated: June 3, 2021          CLARK HILL PLC

                                  */s/ William C. Price*
                                  William C. Price (Pa. I.D. No. 90871)
                                  301 Grant Street, 14th Floor
                                  Pittsburgh, PA 15219
                                  Telephone: (412) 394-7776
                                  Facsimile: (412) 394-2555
                                  wprice@clarkhill.com

                                  *Attorneys for BankUnited, N.A.*