UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: SALAHUDIN SHAHRIAR and SHAGORIKA SHAHRIAR | : | CHAPTER 13 |
| Debtor(s) | : | |
| JACK N. ZAHAROPOULOS STANDING CHAPTER 13 TRUSTEE | : | |
| Movant | : | |
| vs. | : | |
| SALAHUDIN SHAHRIAR and SHAGORIKA SHAHRIAR | : | |
| Respondent(s) | : | CASE NO. 1-21-bk-00790 |

WITHDRAWAL OF TRUSTEE'S OBJECTION TO
CHAPTER 13 PLAN

AND NOW, this 16th day of August, 2021, comes Jack N. Zaharopoulos, Standing Chapter 13 Trustee, and requests that the Trustee's Objection to Chapter 13 Plan filed on or about August 10, 2021 be withdrawn as all issues have been resolved.

Respectfully submitted:

/s/Jack N. Zaharopoulos
Standing Chapter 13 Trustee
8125 Adams Drive, Suite A
Hummelstown, PA 17036
(717) 566-6097

CERTIFICATE OF SERVICE

AND NOW, this 16th day of August, 2021, I hereby certify that I have served the within Motion by electronically notifying parties or by depositing a true and correct copy of the same in the United States Mail at Harrisburg, Pennsylvania, postage prepaid, first class mail, addressed to the following:

Robert Chernicoff, Esquire
2320 North Second Street
P.O. Box 60457
Harrisburg, PA 17106

/s/Deborah A. Behney
Office of Jack N. Zaharopoulos
Standing Chapter 13 Trustee