**LOCAL BANKRUPTCY FORM 9019-1**

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | : | |
| SALAHUDIN SHAHRIAR | : | CHAPTER __13__ |
| SHAGORIKA SHAHRIAR, | : | |
| | : | CASE NO. _1_-_21_-bk-_00790_ |
| **Debtor(s)** | : | |
| TOYOTA MOTOR CREDIT COMPANY D/B/A | : | ADVERSARY NO. ___-___-ap_____ |
| LEXUS FINANCIAL SERVICES, | : | (if applicable) |
| **Plaintiff(s)/Movant(s)** | : | |
| vs. | : | Nature of Proceeding: Hearing |
| SALAHUDIN SHAHRIAR | : | |
| SHAGORIKA SHAHRIAR, | : | Pleading: Motion for Relief from Stay |
| **Defendant(s)/Respondent(s)** | : | Document #: 46, 47 |

**REQUEST TO REMOVE FROM THE HEARING/TRIAL LIST\***

CHECK ONE:

☐ The undersigned hereby withdraws the above identified pleading with the consent of the opposition, if any.

☑ The undersigned counsel certifies as follows:

(1) A settlement has been reached which will be reduced to writing, executed and filed within (please check only one).
    ☑ Thirty (30) days.
    ☐ Forty-five (45) days.
    ☐ Sixty (60) days.

(2) If a stipulation is not filed or a hearing requested within the above-stated time frame, the Court may dismiss the matter without further notice.

(3) Contemporaneous with the filing of this request, the undersigned has served a copy of this request upon all counsel participating in this proceeding.

Dated: October 13, 2021

/s/ Keri P. Ebeck
Attorney for Toyota Motor Credit Company d/b/a L

\*No alterations or interlineations of this document are permitted. This request must be filed twenty-four (24) hours prior to the hearing.