## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA
## (HARRISBURG)

| | |
|---|---|
| In Re: | : Bankruptcy 1:21-bk-00790-HWV |
|     Salahudin Shahriar | : Chapter 13 |
|     Shagorika Shahriar | |
|             Debtors | : |
| Westlake Services, LLC d/b/a Westlake | : |
| Financial Services | |
|             Movant | : |
|             vs. | : |
| Salahudin Shahriar | : |
| Shagorika Shahriar | |
|             Debtors/Respondents | : |
| Jack N. Zaharopoulos, Esquire, Trustee | : |
|             Additional Respondents | : |

### **REQUEST TO REMOVE FROM THE HEARING/TRIAL LIST***

CHECK ONE:

☐     The undersigned hereby withdraws the above identified pleading with the consent of the opposition, if any.

☒     The undersigned counsel certifies as follows:

    (1) A settlement has been reached which will be reduced to writing, executed and filed within (please check only one).

          ☐ Thirty (30) days.

          ☒ Forty-five (45) days.

          ☐ Sixty (60) days.

    (2) If a stipulation is not filed or a hearing requested within the above-stated time frame, the Court may dismiss the matter without further notice.

    (3) Contemporaneous with the filing of this request, the undersigned has served a copy of this request upon all counsel participating in this proceeding.

Dated: July 21, 2022           /s/ Sarah K. McCaffery

                           Attorney for:     Westlake Services, LLC d/b/a

                                          Westlake Financial Services

*No alterations or interlineations of this document are permitted. This request must be filed twenty-four (24) hours prior to the hearing.