# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re<br><br>SALAHUDIN SHAHRIAR and<br>SHAGORIKA SHAHRIAR,<br><br>               Debtor(s). | Chapter 13<br><br>Case No. 1:21-bk-00790-HWV |

## NOTICE OF CHANGE OF FIRM ADDRESS

**PLEASE TAKE NOTICE** that the law firm of Buchalter, A Professional Corporation (the "Firm") hereby notifies the Court and all parties of a change of mailing address and requests that all future pleadings, distributions, notices, or correspondence in this case be sent to the following address, effective **April 11, 2022**:

**425 Market St., Suite 2900**
**San Francisco, CA 94105**

The old address was:

55 2nd St., 17th Fl.
San Francisco, CA 94105

**PLEASE TAKE FURTHER NOTICE** that the Firm's phone and fax numbers, and its email addresses, remain unchanged.

Dated: October 5, 2022                                       By:   /s/ Shawn M. Christianson
                                                                                   Shawn M. Christianson, Esq.
                                                                                   425 Market St., Suite 2900
                                                                                   San Francisco, CA 94105
                                                                                   Telephone: (415) 227-0900

                                                                                   *Attorneys for Creditor Oracle America, Inc.*

-1-
BN 73006862v1
Case 1:21-bk-00790-HWV    Doc 59    Filed 10/05/22    Entered 10/05/22 14:47:07    Desc
Main Document      Page 1 of 1