United States Bankruptcy Court

Middle District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 21-00790-HWV |
| Salahudin Shahriar | Chapter 13 |
| Shagorika Shahriar | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0314-1 | User: AutoDocke | Page 1 of 2 |
| Date Rcvd: Feb 24, 2025 | Form ID: trc | Total Noticed: 1 |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 26, 2025:**

NONE

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| 5409083 | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Feb 24 2025 18:44:00 | Legacy Mortgage Asset Trust 2020-GS4, c/o Select Portfolio Servicing, Inc., P.O. Box 65250, Salt Lake City UT 84165-0250 |

TOTAL: 1

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 26, 2025    Signature:    /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 21, 2025 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Brenda Sue Bishop | on behalf of Creditor Commonwealth of Pennsylvania Department of Revenue bbishop@attorneygeneral.gov ARC-Court-MiddleDistrict@attorneygeneral.gov |
| Denise E. Carlon | on behalf of Creditor Legacy Mortgage Asset Trust 2020-GS4 bkgroup@kmllawgroup.com bkgroup@kmllawgroup.com |
| Jack N Zaharopoulos | TWecf@pamd13trustee.com |
| Karina Velter | on behalf of Creditor Westlake Services LLC d/b/a Westlake Financial Services karina.velter@powerskirn.com, brausch@pincuslaw.com |
| Keri P Ebeck | on behalf of Creditor Toyota Motor Credit Company d/b/a Lexus Financial Services kebeck@bernsteinlaw.com btemple@bernsteinlaw.com;politicsci2@gmail.com;agilbert@bernsteinlaw.com;kebeck@ecf.courtdrive.com |

Case 1:21-bk-00790-HWV   Doc 65   Filed 02/26/25   Entered 02/27/25 00:28:52   Desc
Imaged Certificate of Notice   Page 1 of 3

Michelle McGowan
　　　　on behalf of Creditor Legacy Mortgage Asset Trust 2020-GS4 mimcgowan@raslg.com

Robert E Chernicoff
　　　　on behalf of Debtor 2 Shagorika Shahriar rec@cclawpc.com  jbartley@cclawpc.com;jlaughman@cclawpc.com;jkj@cclawpc.com

Robert E Chernicoff
　　　　on behalf of Debtor 1 Salahudin Shahriar rec@cclawpc.com  jbartley@cclawpc.com;jlaughman@cclawpc.com;jkj@cclawpc.com

Sarah K. McCaffery
　　　　on behalf of Creditor Westlake Services  LLC d/b/a Westlake Financial Services smccaffery@friedmanvartolo.com, ckohn@hoflawgroup.com

United States Trustee
　　　　ustpregion03.ha.ecf@usdoj.gov

William C Price
　　　　on behalf of Creditor BankUnited  N.A. wprice@clarkhill.com, aporter@clarkhill.com


TOTAL: 11

# United States Bankruptcy Court

Middle District of Pennsylvania
Case No. 1:21-bk-00790-HWV
Chapter 13

In re: Debtor(s) (including Name and Address)

Salahudin Shahriar
1123 Duesenberg Drive
Hummelstown PA 17036

Shagorika Shahriar
1123 Duesenberg Drive
Hummelstown PA 17036

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 02/21/2025.

Name and Address of Alleged Transferor(s):

Claim No. 11: Legacy Mortgage Asset Trust 2020-GS4, c/o Select Portfolio Servicing, Inc., P.O. Box 65250, Salt Lake City UT 84165-0250

Name and Address of Transferee:

U.S. BANK TRUST NATIONAL ASSOCIATION
Selene Finance LP
Attn: BK Dept
3501 Olympus Blvd, Suite 500
Dallas, TX 75019
U.S. BANK TRUST NATIONAL ASSOCIATION

## -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 02/26/25

Terrence S. Miller
**CLERK OF THE COURT**