**Fill in this information to identify the case:**

Debtor 1    SALAHUDIN SHAHRIAR

Debtor 2    SHAGORIKA SHAHRIAR
(Spouse, if filing)

United States Bankruptcy Court for the:    MIDDLE    District of    PA
                                                                  (State)

Case number    21-00790

Official Form 410C13-N

# Trustee's Notice of Disbursements Made                                    12/25

The trustee must file this notice in a chapter 13 case within 45 days after the debtor completes all payments due to the trustee. Rule 3002.1(g)(1).

| Part 1: | Mortgage Information |
|---|---|

**Name of claim holder:**    SELENE FINANCE                    **Court claim no.** (if known):
                                                                      11

**Last 4 digits** of any number you use to identify the debtor's account:    6  8  2  5

**Property address:**    1123 DUESENBERG DRIVE
                         Number      Street


                         HUMMELSTOWN,        PA    17036
                         City                State  ZIP Code

| Part 2: | Statement of Completion |
|---|---|

The debtor has completed all payments due the trustee under the chapter 13 plan. A copy of the trustee's disbursement ledger for all payments to the claim holder is attached or may be accessed here: _____ (web address).

| Part 3: | Arrearages |
|---|---|

|  | Amount |
|---|---|
| a.  Allowed amount of prepetition arrearage: | $ 3,228.17 |
| b.  Total amount of prepetition arrearage disbursed by the trustee: | $ 3,228.17 |
| c.  Total amount of postpetition arrearage disbursed by the trustee: | $ |
| d.  Total amount of arrearages disbursed by the trustee: | $ 3,228.17 |

Case 1:21-bk-00790-HWV    Doc 73    Filed 04/22/26    Entered 04/22/26 13:18:23    Desc
Main Document        Page 1 of 3

## Part 4: Postpetition Payments

*Check one:*

☒ Postpetition payments are made by the debtor.

☐ Postpetition payments are paid through the trustee.

☐ Other: _____

**If the trustee has disbursed postpetition payments, complete a and b below; otherwise leave blank.**

a. Total amount of postpetition payments disbursed by the trustee as of date of notice:   $ _____

b. The last ongoing mortgage payment disbursed by the trustee was the payment due on _____. All subsequent ongoing mortgage payments must be made directly by the debtor to the mortgage claimant.

## Part 5: Postpetition Fees, Expenses, and Charges

Amount of postpetition fees, expenses, and charges disbursed by the trustee:   $ _____

## Part 6: A Response Is Required by Bankruptcy Rule 3002.1(g)(3)

**Within 28 days after service of this notice, the holder of the claim must file a response using Official Form 410C13-NR.**

✘ /s/Donna Schott, Funds Manager
Signature

Date   4 / 22 / 2026

Trustee   Jack          N          Zaharopoulos
First Name      Middle Name      Last Name

Address   8125 Adams Drive, Suite A
Number          Street

Hummelstown          PA          17036
City               State        ZIP Code

Contact phone  ( 717 ) 566 – 6097

Email  info@pamd13trustee.com

Case 1:21-bk-00790-HWV    Doc 73    Filed 04/22/26    Entered 04/22/26 13:18:23    Desc
Main Document        Page 2 of 3

# Disbursements for Claim

**Case: 21-00790        SALAHUDIN SHAHRIAR**

**SELECT PORTFOLIO SERVICING**
MC 240
P.O. BOX 65450
SALT LAKE CITY, UT   841(

Sequence:  24
Modify:
Filed Date:
Hold Code:

Acct No: 6825

ARREARS - 1123 DUESENBERG DRIVE

|  |  |  |  |  |
|---|---|---|---|---|
| | Debt: | $3,228.17 | Interest Paid: | $0.00 |
| Amt Sched:        $0.00 | | | Accrued Int: | $0.00 |
| Amt Due:      $0.00 | Paid: | $3,228.17 | Balance Due: | $0.00 |

| Claim | name | Type | Date | Check # | Principal | Interest | Total | Reconciled |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | DisbDescrp | |
| **5200** | **SELECT PORTFOLIO SERVICING** | | | | | | | |
| 520-0 | SELECT PORTFOLIO SERVICING | | 02/16/2022 | 2009952 | $451.74 | $0.00 | $451.74 | 02/28/2022 |
| 520-0 | SELECT PORTFOLIO SERVICING | | 01/19/2022 | 2008998 | $461.87 | $0.00 | $461.87 | 01/26/2022 |
| 520-0 | SELECT PORTFOLIO SERVICING | | 12/15/2021 | 2007975 | $461.87 | $0.00 | $461.87 | 12/29/2021 |
| 520-0 | SELECT PORTFOLIO SERVICING | | 11/16/2021 | 2006961 | $461.88 | $0.00 | $461.88 | 11/30/2021 |
| 520-0 | SELECT PORTFOLIO SERVICING | | 10/14/2021 | 2005931 | $1,390.81 | $0.00 | $1,390.81 | 10/28/2021 |
| | | | Sub-totals: | | $3,228.17 | $0.00 | $3,228.17 | |
| | | | Grand Total: | | $3,228.17 | $0.00 | | |