## Official Form 410C13-NR
# Response to Trustee's Notice of Disbursements Made
**12/25**

The claim holder must respond to the Trustee's Notice of Payments Made within 28 days after it was served. Rule 3002.1(g)(3).

| Part 1: | Mortgage Information |
|---|---|

**Name of claim holder:** U.S. BANK TRUST NATIONAL ASSOCIATION, NOT IN ITS INDIVIDUAL CAPACITY BUT SOLELY AS OWNER TRUSTEE FOR RCAF ACQUISITION TRUST

**Court claim no.** 11-1

**Last 4 digits** of any number you use to identify the debtor's account: 6825

**Property address:** 1123 DUESENBERG DR,
Number            Street

HUMMELSTOWN, PA      17036
City                      State    ZIP Code

| Part 2: | Arrearages |
|---|---|

The total amount received to cure any arrearages as of the date of this response: $3,228.17

*Check all that apply:*

[x] The amount required to cure any prepetition arrearage has been paid in full.

☐ The amount required to cure the prepetition arrearage has not been paid in full. Amount of prepetition arrearage remaining unpaid
as of the date of this response: $_____.

[x] The amount required to cure any postpetition arrearage has been paid in full.

☐ The amount required to cure the postpetition arrearage has not been paid in full. Amount of postpetition arrearage remaining unpaid as of the date of this response: $ _____.

*(a) Check all that apply:*

[x] The debtor is current on all postpetition payments, including all fees, charges, expenses, escrow, and costs.

[ ] The debtor is not current on all postpetition payments. The claim holder asserts that the debtor is obligated for the postpetition payment(s) that first became due on:

[ ] The debtor has fees, charges, expenses, negative escrow amounts, or costs due and owing.

(b) The claim holder attaches a payoff statement and provides the following information as of the date of this response:

     i. Date last payment was received on the mortgage: 04/14/2026

     ii. Date next postpetition payment from the debtor is due: 05/01/2026

     iii. Amount of the next postpetition payment that is due: $3,522.56

     iv. Unpaid principal balance of the loan: $234,380.50

     v. Additional amounts due for any deferred or accrued interest: $1,289.42

     vi. Balance of the escrow account: $7,225.12

     vii. Balance of unapplied funds or funds held in a suspense account: $1.00

     viii. Total amount of fees, charges, expenses, negative escrow amounts, or costs remaining unpaid: $0.00

Case 1:21-bk-00790-HWV    Doc 76    Filed 05/15/26    Entered 05/15/26 13:14:18    Desc
Main Document     Page 2 of 8

If the claim holder disagrees that the prepetition arrearage has been paid in full, states that the debtor is not current on all postpetition payments, or states that fees, charges, expenses, escrow, and costs are due and owing, it must attach an itemized payment history disclosing the following amounts from the date of the bankruptcy filing through the date of this response:

☐ all prepetition and postpetition payments received;

☐ the application of all payments received;

☐ all fees, costs, escrow, and expenses that the claim holder asserts are recoverable against the debtor or the debtor's principal residence; and

☐ all amounts the claim holder contends remain unpaid.

**Part 5:**      **Sign Here**

The person completing this response must sign it. Check the appropriate box:

☐ I am the claim holder

■ I am the claim holder's authorized agent.

**I declare under penalty of perjury that the information provided in this response is true and correct to the best of my knowledge, information, and reasonable belief.**

 

**X**    /s/ Jordan Katz                 Date 5/15/2026
          Signature

Print        Jordan Katz                     Title Authorized Agent
             First Name    Middle Name    Last Name

Company     Robertson, Anschutz, Schneid, Crane & Partners, PLLC

**Identify the corporate servicer as the company if the authorized agent is a servicer**

Address      130 Clinton Rd #202
              Number             Street

                 Fairfield      NJ     07004
              City         State      ZIP Code

Contact      470-321-7112                             Email jkatz@raslg.com

Case 1:21-bk-00790-HWV    Doc 76    Filed 05/15/26    Entered 05/15/26 13:14:18    Desc
Main Document     Page 3 of 8

<u>**CERTIFICATE OF SERVICE**</u>

**I HEREBY CERTIFY** that on  May 15, 2026   , I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, and a true and correct copy has been served via United States Mail to the following:

**Salahudin Shahriar**
1123 Duesenberg Drive
Hummelstown, PA 17036

**Shagorika Shahriar**
1123 Duesenberg Drive
Hummelstown, PA 17036

And via electronic mail to:

**Robert E Chernicoff**
Cunningham and Chernicoff PC
2320 North Second Street
Harrisburg, PA 17110

**Jack N Zaharopoulos**
Standing Chapter 13
(Trustee)
8125 Adams Drive, Suite A
Hummelstown, PA 17036

**United States Trustee**
US Courthouse
1501 N. 6th St
Harrisburg, PA 17102

By: /s/  Justine Bennett

Email:  Jusbennett@raslg.com

Salahudin Shahriar
PAYOFF STATEMENT

SELENE FINANCE LP
P.O. Box 8619
Philadelphia, PA 19101-8619
Telephone (877) 735-3637
Fax (866) 926-5498
www.selenefinance.com

Hours of Operation (CT)
Monday - Thursday: 8 a.m. - 9 p.m.
Friday: 8 a.m. - 5 p.m.

05-14-26

TO:
    SALAHUDIN SHAHRIAR
    1
    Salahudin Shahriar
    1123 Duesenberg Dr
    Hummelstown, PA 17036

RE: Salahudin Shahriar
    1123 Duesenberg Dr
    Hummelstown, PA 17036

Property Address:
    1123 Duesenberg Dr
    Hummelstown PA 17036

Loan No:     ██████████
Loan Type: CONV W/O PMI

**IMPORTANT BANRUPTCY RELATED NOTICE**

**If you have received an Order of Discharge in a Chapter 7 bankruptcy case or this account is subject to the automatic stay in an ongoing Chapter 7 bankruptcy case, we are not attempting to collect a debt from you personally. If you have received an Order of Discharge in a Chapter 11, 12 or 13 bankruptcy case, this Notice is not an attempt to collect a pre-petition debt pursuant to a completed and confirmed Plan. This notice is sent for compliance and informational purposes only. We are providing this Payoff Quote in response to your request for one and any decision you make to pursue payment on the loan is strictly voluntary.**

```
************************************************************************
* ONLY CERTIFIED FUNDS WILL BE ACCEPTED FOR THE PAYOFF SHOWN BELOW *
************************************************************************
```

These figures are good through May 14, 2026 and the next payment for this loan is May 01, 2026.

| | | |
|---|---|---|
| The current total Unpaid Principal Balance is: | $ | 234,380.50 |
| Deferred Balance: | $ | .00 |
| Interest Due: | $ | 1,289.42 |
| Unapplied Balance: | $ | -1.00 |
| Recording Fee     : | $ | 15.00 |
| **TOTAL AMOUNT TO PAY LOAN IN FULL:** | **$** | **235,683.92** |

To help combat wire transfer fraud, please confirm the wire instructions with Selene prior to initiation of the wire transfer.

Funds received on or after May 14, 2026 will require an additional $ 29.70 interest per day.

If you have an active Principal Reduction Agreement and have met the requirements for forgiveness, the above deferred balance is not included in the total, but it is listed to reflect the remaining forgiveness amount.

*Pro-Rated MIP Funds are not included in the total payoff amount when there is a positive escrow balance. They will be deducted from any potential escrow refund after payoff funds are applied.

### PAYMENT REMITTANCE INFORMATION
**Please reference loan number, customer name and property address**

BY OVERNIGHT COURIER:
Selene Finance
Attn: Cashier Dept
3501 Olympus Blvd, Suite 500
Dallas, TX 75019

BY WIRE TRANSFER:
Bank:  Wells Fargo Bank NA
Bank ABA: ███████
Bank Acct: ███████
Account Name: Selene Finance Payoff
              Clearing Account

Please refer to the next page for more information.

We reserve the right to correct any portion of this statement at any time. All balances are subject to change as a result of any transactions which occur prior to the application of payoff funds. Accordingly, if Selene Finance has received payment on this account within the prior thirty (30) days and applied those funds to the account for the issuance of this payoff quote, and if for any reason those funds are reversed, including but not limited to insufficient funds or a stop payment being placed on a check, this payoff quote is invalid and a new payoff quote must be obtained from Selene Finance to reflect the correct amount necessary to pay off the mortgage.

Upon receipt of payoff funds, Selene Finance will verify all amounts necessary to pay off the mortgage and contact the issuer of the funds in the event of any discrepancies. In the event that the payoff funds receive are less than the total amount to satisfy the loan, and there are available funds in the escrow account sufficient to satisfy the payoff, Selene Finance reserves the right to use such funds to pay off the balance of the loan. If the payoff funds received are less than the total amount required to satisfy the loan and there are not sufficient funds in the escrow account, Selene Finance will return the funds and interest will continue to accrue interest on the loan.

If the account is past due, collection expenses and legal fees may be accruing. If this is an Adjustable Rate Note, the per diem may change prior to payoff.

If the mortgage payments are automatically drafted (ACH) from your checking or savings account, a written cancellation notice must be received at least thirty (30) business days prior to the next monthly mortgage payment date. You may fax your cancellation notice to (866) 926-5496.

Upon receipt of the entire payoff amount, Selene Finance will execute a release and discharge of the Mortgage/Deed of Trust and, if necessary, will file a withdrawal in connection with any legal action taken in attempt to collect this obligation.

The current escrow balance is 7,225.12.
Property taxes or insurance may be paid after this quote is issued. If such disbursement(s) creates an escrow advance or changes the total payoff amount, they must be paid prior to the application of payoff funds. Upon request, a new payoff quote will be issued.
If there is an escrow account for the payment of taxes and/or insurance, after the loan is paid in full, the customer will be responsible for contacting their insurance agent and/or taxing authority to make appropriate arrangements for the payment of these items, if applicable.

**BEWARE OF SCAMS:**
Selene will never instruct you to send any funds to a different wiring destination other than via the wire transfer instructions listed here. In the event you receive any instruction or notification from someone representing themselves as Selene or acting on our behalf, do not conduct the wire transfer until you contact us directly to verify the wire instructions. To contact us, please call Customer Service. If the payoff quote is set to expire and you have not confirmed with us regarding a change in wiring instructions, please send us your payment by overnight courier, per the above instructions, rather than through a wire transfer.

If you have any questions, please contact our Customer Service Dept. at (877) 735-3637.

If your mailing address has changed, please complete this form and return it with the payoff funds.

Name:_____
      First            Last

Loan No: ████████

New Mailing Address:_____
                   Street Address    City    State   Zip

New Phone Numbers -Home:_____

              -Business:_____

## IMPORTANT NOTICES:

Selene Finance LP is required by law to advise you that it is a debt collector. However, if you are currently in a bankruptcy proceeding or have previously obtained an Order of Discharge in a Chapter 7 bankruptcy case, this communication is for compliance and/or informational purposes only and is not an attempt to collect the debt against you personally. Instead, it is a notice of possible enforcement of the lien against the collateral property, which has not been discharged in your bankruptcy.

**For Servicemembers and their Dependents:** The Federal Servicemembers Civil Relief Act and certain state laws provide important protections for you, including, under most circumstances, a prohibition on foreclosure during and twelve months after the servicemember's active duty service. Selene will not foreclose on the property of a servicemember or his or her dependent during that time, except pursuant to a court order. You also may be entitled to other protections under these laws, including interest rate and fee relief. Please contact us to learn more about your rights.
"Military OneSource" is the U. S. Department of Defense's information resource. If you are listed as entitled to legal protections under the SCRA (see above), please go to www.militaryonesource.mil/legal or call (800) 342-9647 (toll free from the United States) to find out more information. Dialing instructions for areas outside the United States are provided on the website.