United States Bankruptcy Court

Middle District of Pennsylvania

In re:
Salahudin Shahriar
Shagorika Shahriar
　　　Debtors

Case No. 21-00790-HWV

Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0314-1
Date Rcvd: May 14, 2026

User: AutoDocke
Form ID: 3180W

Page 1 of 5
Total Noticed: 88

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 16, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Salahudin Shahriar, Shagorika Shahriar, 1123 Duesenberg Drive, Hummelstown, PA 17036-6820 |
| 5402396 | + | Addis Law, Attn: Phillip J. Addis, Esq., 504 Main St., Suite 200, La Crosse, WI 54601-4033 |
| 5402399 | + | Allen Maxwell & Silver, PO Box 540, Fair Lawn, NJ 07410-0540 |
| 5402400 | + | American Hotel Registry, 100 S. Milwaukee Ave., Vernon Hills, IL 60061-4322 |
| 5402401 | + | American Quick Foods, PO Box 7188, Overland Park, KS 66207-0188 |
| 5402405 | | BB&T, Credit Disputes, Wilson, NC 27894 |
| 5402403 | + | Bagby Elevators, PO Box 320919, Birmingham, AL 35232-0919 |
| 5402404 | + | BankUnited, c/o Colven, Tran & Meredith, 1401 Burnham Drive, Plano, TX 75093-5229 |
| 5414101 | | BankUnited, N.A., 7765 NW148th Street, Miami Lakes, FL 33016 |
| 5402406 | + | Borough of Carlisle, 53 West South Street, Carlisle, PA 17013-3447 |
| 5402407 | + | Bowery Member LLC, 100 Ring Road, Garden City, NY 11530-3219 |
| 5402408 | + | Brilliant Energy, 800 Wilcrest Drive, Suite 109, Houston, TX 77042-1369 |
| 5402413 | + | Century Property Consultants, 9800 Centre Pky, Suite 640, Houston, TX 77036-8477 |
| 5402416 | + | City of Tyler, Tyler Water Utilities, PO Box 336, Tyler, TX 75710-0336 |
| 5402421 | + | Cumberland County Tax Bureau, 21 Waterford Dr, Suite 201, Mechanicsburg, PA 17050-8268 |
| 5402423 | + | DLL Financial Services, Inc., PO Box 41602, Philadelphia, PA 19101-1602 |
| 5402428 | + | ETVSoftware, 1331 S. Beckham Ave., Tyler, TX 75701-3323 |
| 5402427 | + | Edward Don & Company, 2562 Paysphere Circle, Chicago, IL 60674-0001 |
| 5402431 | | Groople Texas LLC, 990 State Hwy 287 N STE106 214, Mansfield, TX 76063 |
| 5402432 | + | Guest & Associates, PC, PO Box 696, De Kalb, TX 75559-0696 |
| 5402436 | | HP Inc., 13207 Collection Cetner Drive, Chicago, IL 60693-3207 |
| 5402434 | | Hewlitt-Packard Financial Services, PO Box 402582, Atlanta, GA 30384-2582 |
| 5402437 | + | Huling Enterprises, LLC, 313 Copper Mountain, New Braunfels, TX 78130-7021 |
| 5402439 | + | InterContinental Hotels Group, 3 Ravinia Drive, Suite 100, Atlanta, GA 30346-2121 |
| 5402441 | + | Law Offices of Michael E. Gazette, 100 East Ferguson, Suite 1000, Tyler, TX 75702-5706 |
| 5402442 | | Leslie's Pool Supplies, PO Box 501162, Saint Louis, MO 63150-1162 |
| 5402443 | + | Leviton Law Firm, Attn: Michael Ashley, 3 Golf Center, Suite 361, Hoffman Estates, IL 60169-4910 |
| 5402444 | | Liberty Mutual, PO Box 188025, Fairfield, OH 45018-8025 |
| 5402446 | + | Mario Industries, 2490 Patterson Ave., Roanoke, VA 24016-2528 |
| 5402447 | | Master's Maintenance, 33 Sandalwood Drive, Palmyra, PA 17078 |
| 5402451 | | Onity, Inc., Lockbox 223067, Pittsburgh, PA 15251-2067 |
| 5402453 | + | Owen Meals/Richard Baish, 32 Burnthouse Road, Carlisle, PA 17015-7646 |
| 5402455 | | PP&L, 2 North Second St, CPC-Genn1, Allentown, PA 18101-1175 |
| 5402456 | + | Quickcakes, American Quick Foods, Incs, PO Box 7188, Overland Park, KS 66207-0188 |
| 5402458 | + | Reinhart Food Service, 100 Industrial Park Road, Coal Township, PA 17866-4136 |
| 5402459 | | Suddenlink, PO Box 742698, Cincinnati, OH 45274-2698 |
| 5402460 | | Sysco Business Services, 24500 Highway 290, Cypress, TX 77429 |
| 5402461 | | Terminix, Processing Center, PO Box 742592, Cincinnati, OH 45274-2592 |
| 5402462 | | Thyssenkrupp Elevator Corp., Attn: Accounts Receivable, 2801 Network Blvd., Ste 700, Tyler, TX 75702-1312 |
| 5402463 | | Toyota Financial Services, Commercial Finance, P.O. Box 660926, Dallas, TX 75266-0926 |
| 5402464 | + | US Small Business Administration, 2601 N 3rd St #503, Harrisburg, PA 17110-2060 |
| 5402465 | + | USA Today, P.O. Box 677446, Dallas, TX 75267-7446 |

5402467      +    Washco Commercial Service, PO Box 5092, Longview, TX 75608-5092

TOTAL: 43

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| cr | EDI: PENNDEPTREV | May 14 2026 22:37:00 | Commonwealth of Pennsylvania Department of Revenue, Bureau of Compliance, Dept. 280946, Harrisburg, PA 17128-0946 |
| cr | + Email/Text: schristianson@buchalter.com | May 14 2026 18:42:00 | Oracle America, Inc., Buchalter, a Professional Corporation, c/o Shawn M. Christianson, 55 2nd St. 17th Fl., San Francisco, CA 94105-3493 |
| 5402397 | + Email/Text: bankruptcynotifications@adp.com | May 14 2026 18:43:09 | ADP, LLC, P.O. Box 12513, 1851 N. Resler Drive, El Paso, TX 79912-8023 |
| 5402402 | + EDI: ATTWIREBK.COM | May 14 2026 22:37:00 | AT&T, P.O. Box 5091, Carol Stream, IL 60197-5091 |
| 5414055 | + Email/Text: bankruptcy@bbandt.com | May 14 2026 18:43:00 | BB&T now Truist, Bankruptcy Section, 100-50-01-51, P.O. Box 1847, Wilson, NC 27894-1847 |
| 5402409 | + Email/Text: Bankruptcy@BAMcollections.com | May 14 2026 18:43:00 | Bureau of Account Managment, 3607 Rosemont Ave Ste 502, Po Box 8875, Camp Hill, PA 17001-8875 |
| 5402410 | Email/Text: rwild@c2cresources.com | May 14 2026 18:42:00 | C2C Resources, LLC, 56 Perimeter East Suite 100, Atlanta, GA 30346 |
| 5404779 | Email/Text: Credit&CollectionsBankruptcy@centerpointenergy.com | May 14 2026 18:43:00 | CenterPoint Energy, PO Box 1700, Houston, TX 77251-1700 |
| 5402412 | Email/Text: Credit&CollectionsBankruptcy@centerpointenergy.com | May 14 2026 18:43:00 | CenterPoint Energy, PO Box 4981, Houston, TX 77210-4981 |
| 5402420 | ^ MEBN | May 14 2026 18:41:13 | CST Co., PO Box 33127, Louisville, KY 40232-3127 |
| 5402411 | + EDI: CAPITALONE.COM | May 14 2026 22:37:00 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 5404592 | EDI: CAPITALONE.COM | May 14 2026 22:37:00 | Capital One Bank (USA), N.A., by American InfoSource as agent, PO Box 71083, Charlotte, NC 28272-1083 |
| 5402414 | EDI: JPMORGANCHASE | May 14 2026 22:37:00 | Chase Mortgage, Records Cntr Attn: Correspondence, Mail Code LA4 5555 700 Kansas Ln, Monroe, LA 71203 |
| 5402415 | + Email/Text: litigation.recoverybkmailbox@dllgroup.com | May 14 2026 18:42:00 | Cisco Systems Capital, PO Box 41602, Philadelphia, PA 19101-1602 |
| 5402417 | EDI: COMCASTCBLCENT | May 14 2026 22:37:00 | Comcast, 676 Island Pond Road, Manchester, NH 03109-4840 |
| 5402418 | + EDI: WFNNB.COM | May 14 2026 22:37:00 | Comenitybank/New York, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 5402419 | + Email/PDF: creditonebknotifications@resurgent.com | May 14 2026 18:56:22 | Credit One Bank, Attn: Bankruptcy Department, Po Box 98873, Las Vegas, NV 89193-8873 |
| 5402425 | EDI: CITICORP | May 14 2026 22:37:00 | DSNB/Macy's, Attn: Bankruptcy, 9111 Duke Boulevard, Mason, OH 45040 |
| 5408086 | EDI: Q3G.COM | May 14 2026 22:37:00 | Department Stores National Bank, c/o Quantum3 Group LLC, PO Box 657, Kirkland, WA 98083-0657 |
| 5402422 | EDI: DIRECTV.COM | May 14 2026 22:43:00 | DirecTV, PO Box 5093, Carol Stream, IL 60197-5093 |

| | | | | |
|---|---|---|---|---|
| 5402426 | + | Email/Text: bankruptcynotices@ecolab.com | May 14 2026 18:43:00 | Ecolab, PO Box 70343, Chicago, IL 60673-0343 |
| 5402429 | + | Email/Text: tdavidson@firetrol.net | May 14 2026 18:43:00 | Firetrol Protection Systems, Inc., 2134-C Anthony Drive, Tyler, TX 75701-8492 |
| 5402430 | | Email/Text: ecfbankruptcygme@nrgenergy.com | May 14 2026 18:43:00 | Green Mountain Energy, Dept 1233, PO Box 121233, Dallas, TX 75312-1233 |
| 5402433 | ^ | MEBN | May 14 2026 18:41:43 | HD Supply, PO Box 509058, San Diego, CA 92150-9058 |
| 5402435 | ^ | MEBN | May 14 2026 18:41:55 | HP Financial Services Co., 200 Connell Drive, Suite 5000, Berkeley Heights, NJ 07922-2816 |
| 5402440 | | EDI: IRS.COM | May 14 2026 22:37:00 | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 5402445 | + | Email/Text: support@ljross.com | May 14 2026 18:43:00 | LJ Ross Associates, 4 Universal Way, Po Box 6099, Jackson, MI 49204-6099 |
| 5409083 | | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | May 14 2026 18:43:00 | Legacy Mortgage Asset Trust 2020-GS4, c/o Select Portfolio Servicing, Inc., P.O. Box 65250, Salt Lake City UT 84165-0250 |
| 5402450 | ^ | MEBN | May 14 2026 18:41:56 | NUCO2, PO Box 9011, Stuart, FL 34995-9011 |
| 5402448 | + | Email/Text: Bankruptcies@nragroup.com | May 14 2026 18:43:00 | National Recovery Agency, 2491 Paxton Street, Harrisburg, PA 17111-1036 |
| 5402449 | + | Email/Text: Bankruptcies@nragroup.com | May 14 2026 18:43:00 | National Recovery Agency, Attn: Bankruptcy, Po Box 67015, Harrisburg, PA 17106-7015 |
| 5402452 | | Email/Text: schristianson@buchalter.com | May 14 2026 18:43:00 | Oracle America, Inc., 500 Oracle Parkway, Redwood City, CA 94065 |
| 5407873 | + | Email/Text: schristianson@buchalter.com | May 14 2026 18:42:00 | Oracle America, Inc., c/o Shawn M. Christianson, Esq., Buchalter PC, 425 Market Street, Suite 2900, San Francisco, CA 94105-2491 |
| 5402454 | | EDI: PENNDEPTREV | May 14 2026 22:37:00 | PA Department of Revenue, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| 5407816 | ^ | MEBN | May 14 2026 18:41:20 | PPL Electric Utilities, 2 N 9th ST, Allentown, PA 18101-1139 |
| 5408231 | | EDI: Q3G.COM | May 14 2026 22:37:00 | Quantum3 Group LLC as agent for, Crown Asset Management LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 5402457 | ^ | MEBN | May 14 2026 18:41:38 | Ratchford Law Group, PC, 54 Gelnmaura National Boulevard, Moosic, PA 18507-2161 |
| 5410871 | | Email/PDF: resurgentbknotifications@resurgent.com | May 14 2026 18:56:44 | Resurgent Receivables, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 5419667 | + | Email/Text: ToyotaBKNotices@nationalbankruptcy.com | May 14 2026 18:42:00 | Toyota Motor Credit Corporation, dba Lexus Financial Services, c/o Toyota Motor Credit Corporation, PO Box 9013, Addison, Texas 75001-9013 |
| 5406223 | + | Email/Text: rhonda@wecollectmore.com | May 14 2026 18:42:00 | Tri State Adjustments Inc, PO Box 3219, La Crosse, WI 54602-3219 |
| 5412352 | + | Email/Text: bankruptcy@bbandt.com | May 14 2026 18:43:00 | Truist Bank, P.O. Box 27767, 306-40-04-95, Richmond, VA 23261-7767 |
| 5690978 | + | Email/Text: bkteam@selenefinance.com | May 14 2026 18:42:00 | U.S. BANK TRUST NATIONAL ASSOCIATION, Selene Finance LP, Attn: BK Dept, 3501 Olympus Blvd, Suite 500, Dallas, TX 75019-6295 |
| 5690979 | + | Email/Text: bkteam@selenefinance.com | May 14 2026 18:42:00 | U.S. BANK TRUST NATIONAL ASSOCIATION, Selene Finance LP, Attn: BK Dept, 3501 Olympus Blvd, Suite 500, Dallas, TX |

|  |  |  | 75019, U.S. BANK TRUST NATIONAL ASSOCIATION 75019-6295 |
|---|---|---|---|
| 5402466 | + EDI: VERIZONCOMB.COM | | |
| | | May 14 2026 22:37:00 | Verizon Wireless, Attn: Verizon Bankruptcy, 500 Technology Dr, Ste 500, Weldon Springs, MO 63304-2225 |
| 5402468 | + Email/Text: bankruptcynotice@westlakefinancial.com | | |
| | | May 14 2026 18:43:00 | Westlake Financial Services, Attn: Bankruptcy, Po Box 76809, Los Angeles, CA 90076-0809 |

TOTAL: 45

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 5402398 | ##+ | Ale Solutions, One W. Illinois Street, Ste. 300, Saint Charles, IL 60174-2851 |
| 5402424 | ##+ | Doctors Associates LLC/Franchise, 325 Sub Way, Milford, CT 06461-3081 |
| 5402438 | ##+ | Indeed Inc., 6433 Champion Grandview Way, Austin, TX 78750-8589 |

TOTAL: 0 Undeliverable, 0 Duplicate, 3 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 16, 2026              Signature:              /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 14, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Brenda Sue Bishop | on behalf of Creditor Commonwealth of Pennsylvania Department of Revenue bbishop@attorneygeneral.gov ARC-Court-MiddleDistrict@attorneygeneral.gov |
| Jack N Zaharopoulos | ecf_pahu_alt@trustee13.com |
| Jordan Matthew Katz | on behalf of Creditor U.S. BANK TRUST NATIONAL ASSOCIATION  NOT IN ITS INDIVIDUAL CAPACITY BUT SOLELY AS OWNER TRUSTEE FOR RCAF ACQUISITION TRUST jkatz@raslg.com |
| Karina Velter | on behalf of Creditor Westlake Services  LLC d/b/a Westlake Financial Services karina.velter@powerskirn.com, brausch@pincuslaw.com |
| Keri P Ebeck | on behalf of Creditor Toyota Motor Credit Company d/b/a Lexus Financial Services kebeck@metzlewis.com btemple@bernsteinlaw.com;politicsci2@gmail.com;agilbert@bernsteinlaw.com;kebeck@ecf.courtdrive.com |
| Matthew K. Fissel | on behalf of Creditor Legacy Mortgage Asset Trust 2020-GS4 bkgroup@kmllawgroup.com  wbecf@brockandscott.com |
| Michelle McGowan | on behalf of Creditor U.S. BANK TRUST NATIONAL ASSOCIATION  NOT IN ITS INDIVIDUAL CAPACITY BUT SOLELY AS OWNER TRUSTEE FOR RCAF ACQUISITION TRUST mimcgowan@raslg.com |
| Michelle McGowan | |

on behalf of Creditor Legacy Mortgage Asset Trust 2020-GS4 mimcgowan@raslg.com

Robert E Chernicoff

on behalf of Debtor 1 Salahudin Shahriar rec@cclawpc.com  jbartley@cclawpc.com;jlaughman@cclawpc.com;jkj@cclawpc.com

Robert E Chernicoff

on behalf of Debtor 2 Shagorika Shahriar rec@cclawpc.com  jbartley@cclawpc.com;jlaughman@cclawpc.com;jkj@cclawpc.com

Sarah K. McCaffery

on behalf of Creditor Westlake Services  LLC d/b/a Westlake Financial Services smccaffery@friedmanvartolo.com, ckohn@hoflawgroup.com

United States Trustee

ustpregion03.ha.ecf@usdoj.gov

William C Price

on behalf of Creditor BankUnited  N.A. wprice@bernsteinlaw.com, aporter@clarkhill.com

TOTAL: 13

Information to identify the case:

| | | |
|---|---|---|
| Debtor 1 | Salahudin Shahriar | Social Security number or ITIN   xxx–xx–5929 |
| | First Name   Middle Name   Last Name | EIN   _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | Shagorika Shahriar | Social Security number or ITIN   xxx–xx–8297 |
| | First Name   Middle Name   Last Name | EIN   _ _–_ _ _ _ _ _ _ |

United States Bankruptcy Court   Middle District of Pennsylvania

Case number:   1:21–bk–00790–HWV

# Order of Discharge

12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Salahudin Shahriar                          Shagorika Shahriar

**By the court:**

5/14/26

Henry W. Van Eck, Chief Bankruptcy Judge

---

### Explanation of Bankruptcy Discharge in a Chapter 13 Case

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

- ♦ debts that are domestic support obligations;

- ♦ debts for most student loans;

- ♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

Form 3180W                    **Chapter 13 Discharge**                    page 1

- ◆ debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- ◆ debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- ◆ some debts which the debtors did not properly list;

- ◆ debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- ◆ debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- ◆ debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- ◆ debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

Case 1:21-bk-00790-HWV    Doc 77    Filed 05/16/26    Entered 05/17/26 00:27:13    Desc
Imaged Certificate of Notice    Page 8 of 8