In re:

Case No. 1:21-BK-00790-HWV

SALAHUDIN SHAHRIAR
SHAGORIKA SHAHRIAR
Debtor(s)

### CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

Jack N. Zaharopoulos, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 04/09/2021.

2) The plan was confirmed on 09/08/2021.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on NA.

4) The trustee filed action to remedy default by the debtor in performance under the plan on 08/12/2025.

5) The case was completed on 03/20/2026.

6) Number of months from filing or conversion to last payment: 59.

7) Number of months case was pending: 64.

8) Total value of assets abandoned by court order: NA.

9) Total value of assets exempted: $25,902.00.

10) Amount of unsecured claims discharged without full payment: $4,765,902.61.

11) All checks distributed by the trustee relating to this case have cleared the bank.

**UST Form 101-13-FR-S (09/01/2009)**

## Receipts:

|  |  |
|---|---|
| Total paid by or on behalf of the debtor | $136,260.00 |
| Less amount refunded to debtor | $0.00 |

**NET RECEIPTS:** **$136,260.00**

## Expenses of Administration:

|  |  |
|---|---|
| Attorney's Fees Paid Through the Plan | $3,887.00 |
| Court Costs | $0.00 |
| Trustee Expenses & Compensation | $8,968.15 |
| Other | $0.00 |

**TOTAL EXPENSES OF ADMINISTRATION:** **$12,855.15**

Attorney fees paid and disclosed by debtor: $1,113.00

## Scheduled Creditors:

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| ADP LLC | Unsecured | 556.00 | NA | NA | 0.00 | 0.00 |
| ALE SOLUTIONS | Unsecured | 107.00 | NA | NA | 0.00 | 0.00 |
| AMERICAN HOTEL REGISTRY | Unsecured | 2,923.00 | NA | NA | 0.00 | 0.00 |
| AMERICAN QUICK FOODS | Unsecured | 500.00 | NA | NA | 0.00 | 0.00 |
| AT&T | Unsecured | 276.92 | NA | NA | 0.00 | 0.00 |
| BAGBY ELEVATORS | Unsecured | 3,738.00 | NA | NA | 0.00 | 0.00 |
| BANKUNITED NA | Unsecured | 3,886,000.00 | 4,414,251.92 | 4,414,251.92 | 102,367.61 | 0.00 |
| BOROUGH OF CARLISLE | Unsecured | 600.00 | NA | NA | 0.00 | 0.00 |
| BOWERY MEMBER | Secured | 325,000.00 | NA | NA | 0.00 | 0.00 |
| BRANCH BANKING & TRUST | Unsecured | NA | 71,230.38 | 71,230.38 | 1,651.85 | 0.00 |
| BRANCH BANKING & TRUST | Unsecured | NA | 73,221.68 | 73,221.68 | 1,698.03 | 0.00 |
| BRANCH BANKING & TRUST | Secured | NA | 71,230.38 | NA | 0.00 | 0.00 |
| BRANCH BANKING & TRUST | Secured | 135,000.00 | 73,221.68 | NA | 0.00 | 0.00 |
| BRILLIANT ENERGY | Unsecured | 2,753.00 | NA | NA | 0.00 | 0.00 |
| BUREAU OF ACCOUNT MANAGEMEN | Unsecured | 100.00 | NA | NA | 0.00 | 0.00 |
| CAPITAL ONE BANK | Unsecured | 7,998.00 | 4,998.00 | 4,998.00 | 115.90 | 0.00 |
| CAPITAL ONE BANK | Unsecured | 13,566.00 | 13,824.44 | 13,824.44 | 320.60 | 0.00 |
| CENTERPOINT ENERGY | Unsecured | 571.96 | 935.76 | 935.76 | 21.70 | 0.00 |
| CENTURY PROPERTY CONSULTANTS | Unsecured | 1,838.70 | NA | NA | 0.00 | 0.00 |
| CHASE MORTGAGE | Secured | 301,603.00 | NA | NA | 0.00 | 0.00 |
| CISCO SYSTEMS CAPITAL | Unsecured | 1,969.00 | NA | NA | 0.00 | 0.00 |
| CITY OF TYLER | Unsecured | 3,730.04 | NA | NA | 0.00 | 0.00 |
| COMCAST | Unsecured | 603.03 | NA | NA | 0.00 | 0.00 |
| COMMONWEALTH OF PENNSYLVANI | Unsecured | NA | 13,948.14 | 884.19 | 20.50 | 0.00 |
| COMMONWEALTH OF PENNSYLVANI | Priority | 80,000.00 | 13,948.14 | 2,616.54 | 2,616.54 | 0.00 |
| COMMONWEALTH OF PENNSYLVANI | Secured | NA | 13,948.14 | 11,263.58 | 10,936.58 | 0.00 |
| CST CO. | Unsecured | 16,858.17 | NA | NA | 0.00 | 0.00 |
| CUMBERLAND COUNTY TAX BUREA | Unsecured | 485.03 | NA | NA | 0.00 | 0.00 |
| DELL FINANCIAL SERVICES, INC | Unsecured | 3,249.00 | NA | NA | 0.00 | 0.00 |
| DIRECT TV | Unsecured | 1,959.00 | NA | NA | 0.00 | 0.00 |
| DOCTORS ASSOCIATES LLC/FRANCH | Unsecured | 3,213.71 | NA | NA | 0.00 | 0.00 |

**UST Form 101-13-FR-S (09/01/2009)**

## Scheduled Creditors:

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| ECOLAB | Unsecured | 388.20 | NA | NA | 0.00 | 0.00 |
| EDWARD DON & COMPANY | Unsecured | 11,620.00 | 11,620.12 | 11,620.12 | 269.47 | 0.00 |
| ETV SOFWARE | Unsecured | 537.69 | NA | NA | 0.00 | 0.00 |
| FIRETROL PROCTECTION SYSTEMS, | Unsecured | 60.00 | NA | NA | 0.00 | 0.00 |
| GREEN MOUNTAIN ENERGY | Unsecured | 4,987.44 | NA | NA | 0.00 | 0.00 |
| GROOPLE TEXAS LLC | Unsecured | 261.00 | NA | NA | 0.00 | 0.00 |
| GUEST & ASSOCIATES PC | Unsecured | 3,224.37 | NA | NA | 0.00 | 0.00 |
| HD SUPPLY | Unsecured | 8,206.00 | NA | NA | 0.00 | 0.00 |
| HP FINANCIAL | Unsecured | 6,549.50 | NA | NA | 0.00 | 0.00 |
| HULING ENTERPRISES, LLC | Unsecured | 90,234.00 | NA | NA | 0.00 | 0.00 |
| INDEED, INC | Unsecured | 148.12 | NA | NA | 0.00 | 0.00 |
| INTERNAL REVENUE SERVICE | Priority | 7,181.11 | NA | NA | 0.00 | 0.00 |
| LAW OFFICES OF MICHAEL E. GAZET | Unsecured | 5,587.98 | NA | NA | 0.00 | 0.00 |
| LESLIE'S POOL SUPPLIES | Unsecured | 497.99 | NA | NA | 0.00 | 0.00 |
| LEVITON LAW FIRM | Unsecured | 16,041.46 | NA | NA | 0.00 | 0.00 |
| LIBERTY MUTUAL | Unsecured | 72.00 | NA | NA | 0.00 | 0.00 |
| LJ ROSS ASSOCIATES | Unsecured | 843.00 | NA | NA | 0.00 | 0.00 |
| MARIO INDUSTRIES | Unsecured | 17.00 | NA | NA | 0.00 | 0.00 |
| MASTER'S MAINTENANCE | Unsecured | 3,000.00 | NA | NA | 0.00 | 0.00 |
| NATIONAL RECOVERY AGENCY | Unsecured | 39,273.00 | NA | NA | 0.00 | 0.00 |
| NUCO2 | Unsecured | 451.56 | NA | NA | 0.00 | 0.00 |
| ONITY, INC | Unsecured | 658.67 | NA | NA | 0.00 | 0.00 |
| ORACLE AMERICA, INC | Unsecured | 130.47 | NA | NA | 0.00 | 0.00 |
| OWEN MEALS/RICHARD BAISH | Unsecured | 24,324.00 | NA | NA | 0.00 | 0.00 |
| PPL ELECTRIC UTILITIES | Unsecured | 1,596.87 | 1,780.85 | 1,780.85 | 41.30 | 0.00 |
| QUANTUM3 GROUP LLC | Unsecured | 231.00 | 369.86 | 369.86 | 8.57 | 0.00 |
| QUANTUM3 GROUP, LLC | Unsecured | 519.00 | 519.06 | 519.06 | 12.04 | 0.00 |
| QUICKCAKES | Unsecured | 500.00 | NA | NA | 0.00 | 0.00 |
| REINHART FOOD SERVICE | Unsecured | 2,729.03 | NA | NA | 0.00 | 0.00 |
| RESURGENT CAPITAL SERVICES | Unsecured | 658.00 | 837.98 | 837.98 | 19.43 | 0.00 |
| RESURGENT CAPITAL SERVICES | Secured | 8,915.00 | 6,370.68 | NA | 0.00 | 0.00 |
| SELENE FINANCE, LP | Secured | NA | 294,019.95 | 3,228.17 | 3,228.17 | 0.00 |
| SELENE FINANCE, LP | Secured | NA | NA | NA | 0.00 | 0.00 |
| SUDDENLINK | Unsecured | 923.58 | NA | NA | 0.00 | 0.00 |
| SYSCO BUSINESS SERVICES | Unsecured | 7,908.00 | NA | NA | 0.00 | 0.00 |
| TERMINIX | Unsecured | 112.58 | NA | NA | 0.00 | 0.00 |
| THYSSENKRUPP ELEVATOR CORP | Unsecured | 10,199.00 | NA | NA | 0.00 | 0.00 |
| TOYOTA FINANCIAL SERVICES | Secured | 26,463.60 | 17,870.46 | NA | 0.00 | 0.00 |
| TRI STATE ADJUSTMENTS, INC | Unsecured | NA | 3,301.34 | 3,301.34 | 76.56 | 0.00 |
| TRUIST BANK | Secured | 15,627.00 | 11,273.95 | NA | 0.00 | 0.00 |
| USA TODAY | Unsecured | 184.38 | NA | NA | 0.00 | 0.00 |
| VERIZON WIRELESS | Unsecured | 1,084.00 | NA | NA | 0.00 | 0.00 |
| WASHCO COMMERCIAL SERVICE | Unsecured | 156.97 | NA | NA | 0.00 | 0.00 |

**UST Form 101-13-FR-S (09/01/2009)**

**Summary of Disbursements to Creditors:**

| | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $0.00 | $0.00 | $0.00 |
| Mortgage Arrearage | $3,228.17 | $3,228.17 | $0.00 |
| Debt Secured by Vehicle | $0.00 | $0.00 | $0.00 |
| All Other Secured | $11,263.58 | $10,936.58 | $0.00 |
| **TOTAL SECURED:** | **$14,491.75** | **$14,164.75** | **$0.00** |
| | | | |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $2,616.54 | $2,616.54 | $0.00 |
| **TOTAL PRIORITY:** | **$2,616.54** | **$2,616.54** | **$0.00** |
| | | | |
| **GENERAL UNSECURED PAYMENTS:** | **$4,597,775.58** | **$106,623.56** | **$0.00** |

**Disbursements:**

| | |
|---|---|
| Expenses of Administration | $12,855.15 |
| Disbursements to Creditors | $123,404.85 |
| | |
| **TOTAL DISBURSEMENTS :** | **$136,260.00** |

12) The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed. The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Dated: 07/30/2026                    By: /s/ Jack N. Zaharopoulos

                                                                Trustee

STATEMENT: This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-13-FR-S (09/01/2009)**